**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
Office of the Clerk
740 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE PORTLAND, OREGON 97204-2902
(503) 326-8008

08cv1093
JUDGE LEFKOW
MAG. JUDGE NOLAN

SHERYL S. MCCONNELL
Clerk of Court

MARY MORAN
Chief Deputy Clerk

February 12, 2008

**FILED**
J.N FEB 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk, US District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Subject: Transfer of Civil Case No. CV 07-886-AS, Garvey v. Piper Rudnick LLP, et al.

Pursuant to this Court's order of February 12, 2008, transferring the above referenced case to your district, we are transmitting herewith all original pleadings in this cause and a certified copy of the docket entries. Please acknowledge receipt on the enclosed copy of this letter and return. Thank you for your cooperation.

Sincerely,

Sheryl S. McConnell, CLERK

Paul Gale, Courtroom Deputy

Enclosure
cc:   Counsel of Record
      File

**RECEIPT IS ACKNOWLEDGED FOR THE DOCUMENTS DESCRIBED HEREIN**

Date of Receipt:_____

New Case Number:_____

By:_____
     Deputy Clerk

BackupJudge:Jones, F&R, LawClerk:Bronson, PARTCONS, TERMINATED

08cv1093
JUDGE LEFKOW
MAG. JUDGE NOLAN

**U.S. District Court**
**District of Oregon (Portland)**
**VIL DOCKET FOR CASE #: 3:07-cv-00886-AS**
Internal Use Only

Garvey v. Piper Rudnick LLP Long Term Disability Insurance Plan et al
Assigned to: Magistrate Judge Donald C. Ashmanskas
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 06/14/2007
Date Terminated: 02/12/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

J. Kevin Garvey                                            represented by    **David A. Bryant**
                                                                             Daley, DeBofsky & Bryant
                                                                             55 West Monroe Street
                                                                             Suite 2440
                                                                             Chicago, IL 60603
                                                                             (321) 372-5200
                                                                             Fax: (321) 372-2778
                                                                             Email: dabryant@ddbchicago.com
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

Certified to be a true and correct copy of original filed
in my office.
Dated 2-12-08
By [signature]  Sheryl S. McConnell, Clerk
                Deputy

**Megan E. Glor**
Megan E. Glor, Attorneys at Law PC
621 SW Morrison
Suite 900
Portland, OR 97205
(503) 223-7400
Fax: (503) 227-2530
Email: megan@meganglor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Lopez**
620 North Jefferson Street
Moscow, ID 83843
503.806.1698
Fax: (503) 227-2530
Email: mikel@nezperce.org
*TERMINATED: 02/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Piper Rudnick LLP Long Term Disability         represented by    **Katherine S. Somervell**
Insurance Plan                                                    Bullivant Houser Bailey, PC
                                                                  300 Pioneer Tower
                                                                  888 SW Fifth Avenue
                                                                  Portland, OR 97204
                                                                  (503) 499-4454
                                                                  Fax: (503) 295-0915
                                                                  Email: katherine.somervell@bullivant.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

Michael J. Smith
Smith, von Schleicher & Associates
39 South LaSalle Street
Suite 1005
Chicago, IL 60603
(312) 541-0300
Fax: (312) 541-0933
Email: michael.smith@svs-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Warren Sebastian von Schleicher
Smith, von Schleicher & Associates
39 South LaSalle Street
Suite 1005
Chicago, IL 60603
(312) 541-0300
Fax: (312) 541-0933
Email: warren.vonschleicher@svs-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Standard Insurance Company**
*a subsidiary of Stancorp Financial Goup, Inc.*

represented by **Katherine S. Somervell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Sebastian von Schleicher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/14/2007 | 1 | Complaint. Filing Fee in amount of $350 collected. Receipt No. 16008 issued.Summons issued as to all defendants.Filed by J. Kevin Garvey against Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (ntm) (Entered: 06/18/2007) |
| 06/14/2007 | 2 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment to the Honorable Donald C. Ashmanskas. Discovery is to be completed by 10/12/2007. Joint Alternate Dispute Resolution Report is due by 11/13/2007. Pretrial Order is due by 11/13/2007. Ordered by Judge Donald C. Ashmanskas. (ntm) (Entered: 06/18/2007) |
| 07/02/2007 | 3 | Order Granting Application for Special Admission Pro Hac Vice of Michael J. Smith for Defendants Piper Rudnick LLP Long Term Disability Insurance Plan and Standard Insurance Company. Application Fee in amount of $100 collected. Receipt No. 16209 issued. Signed on 7/2/07, by Judge Donald C. Ashmanskas. (peg) (Entered: 07/02/2007) |
| 07/02/2007 | 4 | Order Granting Application for Special Admission Pro Hac Vice of Warren Sebastian von Schleicher for Defendants Piper Rudnick LLP Long Term Disability Insurance Plan and Standard Insurance Company. Application Fee in amount of $100 collected. Receipt No. 16209 issued. Signed on 7/2/07, by Judge Donald C. Ashmanskas. (peg) (Entered: 07/02/2007) |
| 07/05/2007 | 5 | Order Granting Application for Special Admission Pro Hac Vice of David A. Bryant for Plaintiff J. Kevin Garvey. Application Fee in amount of $100 collected. Receipt No. 16294 issued. Signed on 7/5/07, by Judge Donald C. Ashmanskas. (peg) (Entered: 07/05/2007) |

| Date | # | Description |
|---|---|---|
| 07/09/2007 | 6 | First Amended Complaint. Filed by J. Kevin Garvey against all defendants. (Attachments: # 1 Exhibit A - part 1# 2 Exhibit A - part 2# 3 Exhibit A - part 3# 4 Exhibit A - Part 4# 5 Exhibit B) (Glor, Megan) (Entered: 07/09/2007) |
| 07/11/2007 | 7 | Motion to Change or Transfer Venue. Oral Argument requested Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Smith, Michael) (Entered: 07/11/2007) |
| 07/11/2007 | 8 | Memorandum in Support of Motion to Transfer Venue. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Related document(s): Motion to change/transfer venue7.) (Smith, Michael) (Entered: 07/11/2007) |
| 07/11/2007 | 9 | Declaration of Warren von Schleicher in Support of Motion to Transfer Venue. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Related document(s): Motion to change/transfer venue7.) (Attachments: # 1 Exhibit Ex. A# 2 Exhibit Ex. B, Part I# 3 Exhibit Ex. B, Part II# 4 Exhibit Ex. B, Part III# 5 Exhibit Ex. B, Part IV# 6 Exhibit Ex. C# 7 Exhibit Ex. D# 8 Exhibit Ex. E# 9 Exhibit Ex. F# 10 Exhibit Ex. G, Part I# 11 Exhibit Ex. G, Part II# 12 Exhibit Ex. H# 13 Exhibit Ex. I# 14 Exhibit Ex. J) (Smith, Michael) (Entered: 07/11/2007) |
| 07/12/2007 | 10 | Scheduling Order by Judge Ashmanskas - SETTING Defendants' motion to transfer7 for Oral Argument on Monday, August 27, 2007, at 10:00AM. (peg) (Entered: 07/12/2007) |
| 07/18/2007 | 11 | Record of Order by Judge Ashmanskas - RESETTING Oral Argument on Defendants' Motion7 to Change or Transfer Venue from 8/27/07, to Monday, September 10, 2007, at 9:00AM. (peg) (Entered: 07/18/2007) |
| 07/20/2007 | 12 | Memorandum in Opposition to Motion to Change or Transfer Venue7 Oral Argument requested. Filed by J. Kevin Garvey. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Bryant, David) (Entered: 07/20/2007) |
| 07/31/2007 | 13 | Reply to Motion to Change or Transfer Venue7 Oral Argument requested. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Smith, Michael) (Entered: 07/31/2007) |
| 08/13/2007 | 14 | Record of Order by Judge Ashmanskas - RESETTING the START TIME ONLY from 9:00AM to 10:00AM for the 9/10/2007, oral argument on Defendant Piper Rudnick's motion7 to change or transfer venue. (peg) (Entered: 08/13/2007) |
| 08/30/2007 | 15 | Record of Order by Judge Ashmanskas - GRANTING the parties' request to RESET oral argument on the motion to change or transfer venue6 from 9/10/07, to Monday, October 1, 2007, at 9:00AM, in Portland, Oregon, Courtroom 11B, of the Mark O. Hatfield US Courthouse. (peg) (Entered: 08/30/2007) |
| 09/05/2007 | 16 | Record of Order by Judge Ashmanskas - RESETTING oral argument on defendant Piper Rudnick's motion to change or transfer venue7 from 10/1/07, to Monday, October 29, 2007, at 10:00AM, in Portland, Oregon. (peg) (Entered: 09/05/2007) |
| 10/29/2007 | 17 | **MINUTES of Proceedings:** Motion Hearing held before Judge Ashmanskas. ORDER: (1) Defendants to file a supplemental motion to dismiss no later than 11/8/07; (2) Plaintiff will have until 11/19/07, to file a response; (3) Defendants to file an optional reply brief by 11/29/07; (4) Defendants' motion to change or transfer venue7 shall be taken UNDER ADVISEMENT on 11/8/07. Megan Glor present as counsel for plaintiff, David Bryant present by telephone. Warren von Schleicher, Katherine Somervell, Simeon Rapaport present as counsel for defendants. Court Reporter: Dennis Grube. (peg) (Entered: 10/29/2007) |
| 10/29/2007 | 18 | Record of Order by Judge Ashmanskas - An error was made in the under advisement date for the motion to transfer or change venue7 in civil minutes[17]. The correct UNDER ADVISEMENT date for motion7, as well as the supplemental motion to dismiss is set at 12/3/07. (peg) (Entered: 10/29/2007) |
| 10/29/2007 |  | (Court only) ***NON-PUBLIC****** Set Under Advisement Deadline regarding Motion to Change or Transfer Venue7.. Motion is taken under advisement as of 12/3/2007. (peg) (Entered: 10/29/2007) |
| 10/31/2007 |  | (Court only) ### Individual Party Consent to jurisdiction by US Magistrate Judge filed by J. Kevin Garvey. (clb) (Entered: 11/05/2007) |
| 11/07/2007 |  | (Court only) ***NON-PUBLIC******past due ddl termed. (peg) (Entered: 11/07/2007) |

| | | |
|---|---|---|
| 11/08/2007 | ◉19 | Supplemental Motion to Dismiss *The Amended Complaint*. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (von Schleicher, Warren) (Entered: 11/08/2007) |
| 11/08/2007 | ◉20 | Memorandum in Support of *Supplemental Motion to Dismiss the Amended Complaint*. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Related document(s): Motion to Dismiss 19.) (von Schleicher, Warren) (Entered: 11/08/2007) |
| 11/09/2007 | ◉ | (Court only) ***NON-PUBLIC****** Set Under Advisement Deadline regarding Supplemental Motion to Dismiss *The Amended Complaint* 19.. Motion is taken under advisement as of 12/17/2007. (peg) (Entered: 11/09/2007) |
| 11/09/2007 | ◉ | (Court only) ***NON-PUBLIC****** Set Under Advisement Deadline regarding Supplemental Motion to Dismiss *The Amended Complaint* 19.. Motion is taken under advisement as of 12/3/2007. (peg) (Entered: 11/09/2007) |
| 11/19/2007 | ◉21 | Response in Opposition to Supplemental Motion to Dismiss *The Amended Complaint* 19. Filed by J. Kevin Garvey. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Bryant, David) (Entered: 11/19/2007) |
| 11/19/2007 | ◉22 | Motion for Leave *to File Second Amended Complaint*. Filed by J. Kevin Garvey. (Attachments: # 1 Proposed Document # 2 Exhibit A Part 1 to Proposed Document# 3 Exhibit A Part 2 to Proposed Document# 4 Exhibit A Part 3 to Proposed Document# 5 Exhibit A Part 4 to Proposed Document# 6 Exhibit B to Proposed Document) (Bryant, David) (Entered: 11/19/2007) |
| 11/20/2007 | ◉23 | Amended Response in Opposition to Supplemental Motion to Dismiss *The Amended Complaint* 19. Filed by J. Kevin Garvey. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Bryant, David) (Entered: 11/20/2007) |
| 11/20/2007 | ◉24 | Order for Administrative Correction of the Record. A Clerical error has been discovered in the case record. In accordance with Fed. R. Civ. P. 60(a), the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly. The attached document to entry 21, entitled "Response in Opposition to Supplemental Motion to Dismiss" was only a draft version. Document entry 23 is a full and complete version. Therefore, docket entry 21 is STRICKEN as MOOT. (peg) (Entered: 11/20/2007) |
| 11/20/2007 | ◉ | (Court only) ***NON-PUBLIC****** Deadline(s) edited re Motion to Change or Transfer Venue 7, Supplemental Motion to Dismiss *The Amended Complaint* 19. Motion is taken under advisement as of 12/4/2007. (peg) (Entered: 11/20/2007) |
| 11/20/2007 | ◉ | (Court only) ***NON-PUBLIC****** Deadline(s) edited re Motion for Leave *to File Second Amended Complaint* 22. Response is due by 12/4/2007. Motion is taken under advisement as of 12/4/2007. (peg) (Entered: 11/20/2007) |
| 11/29/2007 | ◉25 | Reply to Supplemental Motion to Dismiss *The Amended Complaint* 19. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Attachments: # 1 Exhibit Ex. A, Pt. I# 2 Exhibit Ex. A - Pt. II# 3 Exhibit Ex. B# 4 Exhibit Ex. C - Pt. I# 5 Exhibit Ex. C - Pt. II) (von Schleicher, Warren) (Entered: 11/29/2007) |
| 11/29/2007 | ◉26 | Notice re Motion to Dismiss 19 *Citation to Supplemental Authority*. Filed by J. Kevin Garvey. (Related document(s): Motion to Dismiss 19.) (Attachments: # 1 Exhibit A) (Bryant, David) (Entered: 11/29/2007) |
| 12/03/2007 | ◉27 | Response *to Citation of Supplemental Authority in regard* to Supplemental Motion to Dismiss *The Amended Complaint* 19. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (von Schleicher, Warren) (Entered: 12/03/2007) |
| 12/04/2007 | ◉28 | Response in Opposition to Motion for Leave *to File Second Amended Complaint* 22. Filed by Piper Rudnick LLP Long Term Disability Insurance Plan, Standard Insurance Company. (Attachments: # 1 Exhibit Ex. A - Part I# 2 Exhibit Ex. A - Part II# 3 Exhibit Ex. B# 4 Exhibit Ex. C - Part I# 5 Exhibit Ex. C - Part II) (von Schleicher, Warren) (Entered: 12/04/2007) |
| 12/20/2007 | ◉ | (Court only) ***NON-PUBLIC******rply ddls termed, motions u/a 12/4/07. (peg) (Entered: 12/20/2007) |
| 01/03/2008 | ◉29 | Findings & Recommendation: Plaintiff's motion 22 to amend his complaint should be DENIED based on the futility of the proposed amendment. Defendants' motion 19 to dismiss Standard and Plaintiff's second claim for relief under Section 1132(a)(3) and Defendants' motion 7 to transfer this action to the Northern District of Illinois should both be GRANTED. Objections to the Findings and Recommendation are due no later than 1/18/08; If objections are filed a response to those objections may be filed within fourteen days of the filing of the objections. Signed on 1/3/08, by |

| | | Judge Donald C. Ashmanskas. (peg) (Entered: 01/03/2008) |
|---|---|---|
| 01/03/2008 | | (Court only) ***NON-PUBLIC******u/a ddl re: motions termed, as f&r has been issued. (peg) (Entered: 01/03/2008) |
| 01/18/2008 | 30 | Objections to Findings & Recommendation: Supplemental Motion to Dismiss *The Amended Complaint*19, Motion to Change or Transfer Venue7, Motion for Leave *to File Second Amended Complaint*22 should be gantedFindings & Recommendation: Supplemental Motion to Dismiss *The Amended Complaint*19, Motion to Change or Transfer Venue7, Motion for Leave *to File Second Amended Complaint*22 should be gantedFindings & Recommendation: Supplemental Motion to Dismiss *The Amended Complaint*19, Motion to Change or Transfer Venue7, Motion for Leave *to File Second Amended Complaint*22 should be ganted29. Filed by J. Kevin Garvey. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Bryant, David) (Entered: 01/18/2008) |
| 02/01/2008 | 31 | Response to Objections *to the Magistrate Judge's Report and Recommendation.* Filed by all defendants. (von Schleicher, Warren) (Entered: 02/01/2008) |
| 02/06/2008 | 32 | Record of Order by Judge Ashmanskas - REFERRING Findings and Recommendation29 to the Honorable Robert E. Jones for review. The objections to the F&R30 and the response to the objections31 were both timely filed and are forwarded to Judge Jones for his consideration, as well. (peg) (Entered: 02/06/2008) |
| 02/06/2008 | | (Court only) ***NON-PUBLIC****** u/a ddl set at 2/6/08, re: motions7, 19, 22 and F&R29. (peg) (Entered: 02/06/2008) |
| 02/08/2008 | 33 | Notice of Attorney Withdrawal:.Filed by plaintiff. (Glor, Megan) Modified on 2/11/2008 (Brost, Colleen). (Entered: 02/08/2008) |
| 02/11/2008 | 34 | Order regarding Withdrawal of Attorney33 filed by Piper Rudnick LLP Long Term Disability Insurance Plan, J. Kevin Garvey, Standard Insurance Company for Administrative Correction of the Record. A Clerical error has been discovered in the case record. The Notice Of Withdrawal Of Attorney was filed incorrectly as all parties. Attorney Glor respresents Plaintiff only. In accordance with Fed. R. Civ. P. 60(a), the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly. (cib) (Entered: 02/11/2008) |
| 02/12/2008 | 35 | **ORDER** - Adopting Magistrate Judge Ashmanskas's Findings and Recommendation29 dated 1/3/08, in its entirety. Plaintiff's motion22 to amend his complaint is denied based on the futility of the proposed amendment. Defendants' motion19 to dismiss Standard and Plaintiff's second claim for relief under Section 1132(a)(3) and Defendants' motion7 to transfer this action to the Northern District of Illinois are granted. IT IS SO ORDERED. Signed on 2/12/08, by Judge Robert E. Jones. (peg) (Entered: 02/12/2008) |
| 02/12/2008 | 36 | Judgment - Based upon the record, IT IS ORDERED and ADJUDGED this action is transferred to the Northern District of Illinois. Signed on 2/12/08, by Judge Robert E. Jones. (peg) (Entered: 02/12/2008) |
| 02/12/2008 | 37 | Clerk's Letter of Service to Clerk of the Court for the Northern District of Illinois. (peg) (Entered: 02/12/2008) |



08cv1093
JUDGE LEFKOW
MAG. JUDGE NOLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| J. KEVIN GARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-886-AS |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| PIPER RUDNICK LLP LONG TERM | ) | |
| DISABILITY INSURANCE PLAN; STANDARD | ) | |
| INSURANCE COMPANY, a subsidiary of | ) | |
| Stancorp Financial Group, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED this action is transferred to the Northern District of Illinois.

DATED this 12th day of February, 2008.

_____
ROBERT E. JONES
U.S. District Judge


36



08cv1093
JUDGE LEFKOW
MAG. JUDGE NOLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| J. KEVIN GARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-886-AS |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| PIPER RUDNICK LLP LONG TERM | ) | |
| DISABILITY INSURANCE PLAN; STANDARD | ) | |
| INSURANCE COMPANY, a subsidiary of | ) | |
| Stancorp Financial Group, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

David A. Bryant
DALEY DeBOFSKY & BRYANT
55 West Monroe Street, Suite 2440
Chicago, IL 60603

Megan E. Glor
621 S.W. Morrison, Suite 900
Portland, OR 97205

Michael A. Lopez
620 North Jefferson Street
Moscow, ID 83843

   Attorneys for Plaintiff

35

Katherine S. Somervell
BULLIVANT HOUSER BAILEY
888 S.W. Fifth Avenue, Suite 300
Portland, OR 97204

Michael J. Smith
Warren S. von Schleicher
SMITH von SCHLEICHER & ASSOCIATES
39 South LaSalle Street, Suite 1005
Chicago, IL 60603

　　Attorneys for Defendants

JONES, Judge:

　　Magistrate Judge Donald C. Ashmanskas filed Findings and Recommendation (#29) on January 3, 2008, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

　　Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Ashmanskas's rulings.

　　I find no error. Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#29) dated January 3, 2008, in its entirety. Plaintiff's motion (#22) to amend his complaint is denied based on the futility of the proposed amendment. Defendants' motion

(#19) to dismiss Standard and Plaintiff's second claim for relief under Section 1132(a)(3) and Defendants' motion (#7) to transfer this action to the Northern District of Illinois are granted.

IT IS SO ORDERED.

DATED this \_\_\_12th\_\_\_ day of February, 2008.

                                          /s/ Robert E. Jones
                                        ROBERT E. JONES
                                        United States District Judge