**Megan E. Glor, OSB No. 930178**
Email: oregonerisalawyer@gmail.com
**Michael A. Lopez, OSB No. 060872**
Email: lopemike@gmail.com
Megan E. Glor, Attorneys at Law, PC
621 SW Morrison, Suite 910
Portland, OR 97205
Telephone: (503) 223-7400
Fax: (503) 227-2530

**David Bryant, ARDC No. 06230803**
Email: dabryant@ddbchicago.com
Daley, DeBofsky, and Bryant
55 West Monroe Street, Suite 2440
Chicago, IL 60603
Telephone: (312)372-5200
Fax: (312)372-2778

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**J. KEVIN GARVEY**                                      **Civil No. 3:07-CV-886-AS**

      **Plaintiff,**

      **v.**                                      **First Amended Complaint**

**PIPER RUDNICK LLP LONG TERM
DISABILITY INSURANCE PLAN;
STANDARD INSURANCE
COMPANY, a subsidiary of STANCORP
FINANCIAL GROUP, INC.**

      **Defendants.**

**COMPLAINT**
PAGE 1 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

Now comes the Plaintiff, J. KEVIN GARVEY, by his attorney MEGAN E. GLOR, and complaining against the Defendants, PIPER RUDNICK LLP LONG TERM DISABILITY INSURANCE PLAN and STANDARD INSURANCE COMPANY, a subsidiary of STANCORP FINANCIAL GROUP, INC., he states:

## JURISDICTION AND VENUE

1.    Jurisdiction of the court is based upon the Employee Retirement Income Security Act of 1974 (ERISA); and in particular, 29 U.S.C. §§1132(e)(1) and 1132(f). Those provisions give the district courts jurisdiction to hear civil actions brought to recover benefits due under the terms of an employee welfare benefit plan which, in this case, consists of a group long term disability insurance policy underwritten by the Standard Insurance Company ("Standard") for the benefit of employees of Piper Marbury Rudnick & Wolfe LLP, currently known as DLA Piper US LLP ("DLA Piper"). In addition, this action may be brought before this court pursuant to 28 U.S.C. §1331, which gives the district court jurisdiction over actions that arise under the laws of the United States.

2.    The ERISA statute provides, at 29 U.S.C. §1333, a mechanism for administrative or internal appeal of benefit denials. Those avenues of appeal have been exhausted.

3.    Venue is proper pursuant to 28 U.S.C. §1391 (b) and (c) and 29 U.S.C. §1132. Under 29 U.S.C. §1132 (e)(2), "where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where the defendant resides or may be found." Defendant Standard, a subsidiary of StanCorp Financial Group, Inc., is a

**COMPLAINT**
PAGE 2 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

corporation duly organized by virtue of the laws of the State of Oregon; its principal place of business is located in Portland, Oregon and therefore resides, for Venue purposes, within the District of Oregon; the breach took place at its principal place of business in Portland, Oregon; and Standard administered the Plan (as hereinafter defined) within the State of Oregon.

## NATURE OF ACTION

4.      This is a claim seeking an award to plaintiff of disability benefits pursuant to the Piper Rudnick LLP Long Term Disability Insurance Plan, policy number 641252-A ("Plan") underwritten by Standard to provide long term disability insurance benefits to partners and employees of Piper Marbury Rudnick & Wolfe LLP (a true and correct copy of the Plan, including amendments, is attached hereto and incorporated herein as Exhibit "A"), as well as an action seeking declaratory judgment. This action, seeking recovery of benefits as well as equitable relief, is brought pursuant to §§ 502(a)(1)(B) of ERISA (29 U.S.C. § 1132(a)(1)(B))and 502(a)(3) respectively.

## THE PARTIES

5.      J. Kevin Garvey ("Garvey") is currently, and at all times relevant was, a resident of Chicago, Illinois.

6.      Standard is an insurer of short term and long term disability benefits. At all times relevant hereto, Standard was doing business throughout the United States and within the District of Oregon.  Standard is a corporation duly organized by virtue of the laws of the State of Oregon with its principal place of business in Portland, Oregon.

**COMPLAINT**
PAGE 3 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

7.     At all times relevant hereto, the Plan constituted an "employee welfare benefit plan" as defined by 29 U.S.C. § 1002(1); and incident to his position as a partner at DLA Piper, Garvey received coverage under the Plan as a "participant" as defined by 29 U.S.C. § 1002(7). This claim relates to benefits under the Plan.

## STATEMENT OF FACTS

8.     Garvey was a partner in the downtown Chicago office of the law firm of DLA Piper ("Piper"), one of the world's largest law firms.   On March 1, 2004, Garvey was forced to reduce his hours to part-time due to his arthritis, herniated disc, lower back pain with a history of laminectomy, stress, sleep disturbance resulting in insomnia, Anxiety disorder NOS (Not Otherwise Specified) DSM-IV 300, Adjustment disorder with mixed features DSM-IV 309.9 and Depressive disorder NOS DSM-IV 311.

## COUNT I-CLAIM FOR BENEFITS

9.     Plaintiff restates and incorporates paragraphs 1-8 herein.

10.     Garvey received short-term disability benefits from March 1, 2004 to February 28, 2005, at which time he was forced to cease working due to his disability.

11.     Garvey applied for long-term disability benefits through Standard on January 6, 2005. Under the terms of the Plan, disability is defined as follows:

> You are Disabled if you meet one of the following definitions during the period it applies:
>
> A. Own Occupation Definition of Disability;
> B. Any Occupation Definition of Disability; or
> C. Partial Disability Definition
>
> Own Occupation means any...profession...that involves Material Duties of the same general character as your regular and ordinary employment with

**COMPLAINT**
PAGE 4 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

the Employer. Your Own Occupation is not limited to your job with your employer.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation.

(Exhibit A, Page 6). The Plan also states that a claimant is considered disabled from his own occupation if, "as a result of Physical Disease, Injury...or Mental Disorder, you are unable to perform *with reasonable continuity* the Material Duties of your Own Occupation." (Exhibit A, Page 6) (emphasis added).

12.    On May 5, 2005, Standard denied Garvey's claim for benefits under the Own Occupation standard based upon its erroneous determination that he would be able to perform the material duties listed in the definition of "Attorney" in the *Dictionary of Occupational Titles*. In doing so, Standard failed to consider the difference between the definition relied upon and the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience required of Garvey's position as a partner in a large Chicago law firm.

13.    On October 18, 2005, Garvey appealed Standard's decision to deny benefits and supported his claim with medical documents and opinions supporting his ongoing disability. Despite his timely appeal, Standard unreasonably refused to reconsider its decision.

14.    On January 5, 2006, Standard denied Garvey's appeal stating that the administrative review process had been concluded. Therefore, all efforts at administrative review or appeal have been exhausted and this matter is ripe for judicial review.

**COMPLAINT**
PAGE 5 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

15. Since the onset of his disability, Garvey has continuously met the Plan definition of disability; and he has since been under the care of his treating physician who has regularly certified his disability.

16. Since the onset of his disability, Garvey has suffered additional physical aliments including but not limited to squamous cell carcinoma and retinal detachment with proliferative vitreoretinopathy and evolving cataract right eye resulting in surgery.

17. Standard's determination that Garvey does not meet the Plan definition of disability under the "Own Occupation" standard is contrary to the terms of the Plan and is not supported by the evidence.

18. As a direct and proximate result thereof, based on the evidence submitted to Standard establishing that Garvey has met the Plan definition of "disability" continuously since the onset of his disability, and that he continues to meet that definition, Garvey is entitled to payment of monthly disability insurance benefits plus interest on all overdue payments.

WHEREFORE, plaintiff prays for the following relief:

A. That the court enter judgment in plaintiff's favor and against defendants and that the court order defendants to pay long term disability income benefits to plaintiff in an amount equal to the contractual amount of benefits to which he is entitled under the Plan;

B. That the court order defendants to pay plaintiff prejudgment interest on all benefits that have accrued prior to the date of judgment;

C. That the court order defendants to continue paying plaintiff benefits until such time as he is no longer entitled to benefits pursuant to the terms of the Plan;

**COMPLAINT**
PAGE 6 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

D.    That the court award plaintiff his attorney's fees pursuant to 29 U.S.C. § 1132(g); and

E.    That plaintiff recovers any and all other relief to which he may be entitled, as well as the costs of suit.

## COUNT II-DECLARATORY RELIEF

19.    Plaintiff restates and incorporates paragraphs 1-18 herein.

20.    The Plan provides for several sources of deductible income.  Specifically, the Plan states:

> Subject to **Exception to Deductible Income,** Deductible Income means:
>
> 4.  Any amount you, your spouse, or your children under age 18 receive or are eligible to receive because of your retirement under:
>
> e.  Any similar plan, act, or law.
>
> Plan at 10.

21.    However, under the section of the Plan entitled "EXCEPTIONS TO DEDUCTIBLE INCOME", the Plan states Deductible Income does not include:

> 8. Benefits a through j below:
>
> i.  Retirement plan under a professional service corporation with respect to principals.
>
> Plan at 11.

22.    At all times relevant, Plaintiff was a "principal" for purposes of the Plan.

23.    Sometime after becoming disabled, Plaintiff elected to receive benefits under the Partner's Retirement Equity Plan for principals provided by Piper.

**COMPLAINT**
PAGE 7 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

24.    As the Plan clearly states, retirement plan benefits payable to principals are not considered deductible income for purposes of the Plan. This has subsequently been confirmed by Tracey McLaughlin, Director of Compensation and Benefits for Piper. See Exhibit B (attached).

25.    Therefore, retirement benefits received under the Partner's Retirement Equity Plan for principals may not be used to offset the disability benefits due Plaintiff.

WHEREFORE, plaintiff prays for the following relief:

A.    That the court enter a declaratory judgment in plaintiff's favor, declaring the benefits received under the Partner's Retirement Equity Plan are not "deductible income" for purposes of the disability plan.

B.    That plaintiff recovers any and all other relief to which he may be entitled, as well as the costs of suit.

DATED THIS 9th DAY OF JULY, 2007.


_____
Megan E. Glor
OSB#930178
(503) 223-7400
Of Attorneys for plaintiff J. Kevin Garvey


**COMPLAINT**
PAGE 8 of 8
Megan E. Glor
Attorneys at Law
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 223-7400

## GROUP POLICY AMENDMENT NO. 6

Attached to and made a part of Group Policy 641252-A issued to
Piper Rudnick LLP as Policyowner.

Effective January 1, 2004 the Group Policy is amended as follows:

1. The **Deductible Income** and **Survivor Benefit** sections are amended to have the word "spouse" read as "Spouse".

2. The **Definitions** section is amended by the addition of the following:

   Spouse means:

   1. A person to whom you are legally married and from whom you are not legally separated, or

   2. Your Domestic Partner. Domestic Partner means an individual with whom you have completed an affidavit of declaration of domestic partnership, submitted that affidavit to the Employer, and filed that affidavit for public record if required by law.

STANDARD INSURANCE COMPANY

By

_____                    _____
President                                             Secretary

# GROUP POLICY AMENDMENT NO. 5

Attached to and made a part of Group Policy 641252-A issued to
Piper Rudnick LLP as Policyowner.

Effective January 1, 2003, the Group Policy is amended to provide that with respect to the **Continuity of Coverage** section for persons employed by Verner Liipfert who become Members on January 1, 2003, Prior Plan means Verner Liipfert's group long term disability insurance plan in effect on the day before the effective date of your coverage under the Group Policy and which is replaced by the Group Policy.

## STANDARD INSURANCE COMPANY

By

President                                        Secretary

## GROUP POLICY AMENDMENT NO. 4

Attached to and made a part of Group Policy 641252-A issued to
Piper Rudnick LLP as Policyowner.

Effective January 1, 2001, the Premium Rates and Renewals portion of the **Coverage Features** is amended to provide the following:

Notice of Rate Change:                                      120 days

STANDARD INSURANCE COMPANY

By

_President_                                                      _Secretary_

## GROUP POLICY AMENDMENT NO. 3

Attached to and made a part of Group Policy 641252-A issued to
Piper Marbury Rudnick & Wolfe LLP as Policyowner.

Effective January 1, 2001, the Group Policy is amended as follows:

1. Group Policy Amendment No. 2 never came into effect.

2. The Becoming Insured portion of the **Coverage Features** is amended to provide the following Evidence of Insurability:

    Evidence of Insurability:            Required:

    a. For late application for Contributory insurance.

    b. For Members eligible but not insured under the Prior Plan.

    c. For reinstatements if required.

3. The Premium Rates and Renewals portion of the **Coverage Features** is amended to provide the following:

    Premium Rate:

    Class 1 and 5:            0.280% of each insured Member's insured Predisability Earnings up to $25,000.

    Class 2:            0.280% of each insured Member's insured Predisability Earnings up to $20,000.

    Class 3 and 4:            0.280% of each insured Member's insured Predisability Earnings up to $8,333.

### STANDARD INSURANCE COMPANY

By

President            Secretary

# GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 641252-A issued to
Piper Marbury Rudnick & Wolfe LLP as Policyowner.

Effective January 1, 2001 the Group Policy is amended as follows:

1. The Evidence Of Insurability portion of the **Coverage Features** is amended to provide the
   following:

   Evidence Of Insurability:                   Required:

   a. For late application for Contributory insurance.

   b. For reinstatements if required.

   c. For Members eligible but not insured under the Prior
      Plan.

   d. For insuring Predisability Earnings above $16,667 (the
      Guarantee Issue Amount). However, this requirement
      will be waived for Class 5 Members.

2. The Premium Rates and Renewals portion of the **Coverage Features** is amended to provide the
   following for Class 5 Members:

   Premium Rate:

   Class 5:                      0.280% of each insured Member's insured Predisability
                                 Earnings up to $25,000.

STANDARD INSURANCE COMPANY

By

President                                   Corporate Secretary

Never
in
force

## GROUP POLICY AMENDMENT NO. 1

Attached to and made a part of Group Policy 641252-A issued to
Piper Marbury Rudnick & Wolfe LLP as Policyowner.

Effective as of the applicable dates below the Group Policy is amended as follows:

1. Effective April 1, 2002, Piper Rudnick LLP A New Jersey Limited Liability Partnership is added as an Employer in the General Policy Information portion of the **Coverage Features.**

2. Effective April 1, 2002, the Becoming Insured portion of the **Coverage Features** is amended to provide that the Eligibility Waiting Period is waived on April 1, 2002 for persons employed by Piper Rudnick LLP A New Jersey Limited Liability Partnership who become Members on April 1, 2002.

3. Effective April 8, 2002, the Policy Cover is amended to provide the following:

   Policyowner:                    Piper Rudnick LLP

4. Effective April 8, 2002, the General Policy Information portion of the **Coverage Features** is amended to provide the following:

   Policyowner:                    Piper Rudnick LLP

   Employer(s):                    Piper Rudnick LLP
                                    Piper Rudnick LLP A New Jersey Limited Liability Partnership

### STANDARD INSURANCE COMPANY

By

President                                        Corporate Secretary

# EXPERIENCE RATING REFUND AGREEMENT

A part of

Group Policy 641252-A issued to Piper Marbury Rudnick & Wolfe LLP

as Policyholder.

Standard and the Policyholder hereby establish an Experience Rating Refund Agreement and Claims Fluctuation Reserve Account (CFR Account) in connection with Noncontributory Long Term Disability Insurance under the Group Policy in accordance with the following provisions:

## CALCULATING THE EXPERIENCE RATING REFUND

The Experience Rating Refund is the lesser of the following amounts:

Amount for all Computation Periods = $(A \times C) - D + E$; and

Amount for the current Computation Period = $B \times C$; where:

A = The Balance for All Computation Periods, which is:

Earned Premium for all Computation Periods; minus the sum of:

Paid Claims for all Computation Periods
Claims Reserves at the end of the current Computation Period
Retention for all Computation Periods

B = The Balance for the Current Computation Period, which is:

Earned Premium for the current Computation Period, minus the sum of:

Paid Claims for the current Computation Period
Net change in Claims Reserves during the current Computation Period
Retention for the current Computation Period

C = Credibility Factor. The Credibility Factor is determined by the credibility formula currently adopted by Standard.

D = The Experience Rating Refunds, if any, which have been paid for any Computation Period.

E = The amount of any withdrawals by Standard from a CFR Account, if any.

## DEPOSITS AND WITHDRAWALS

If the calculation results in a positive amount, Standard may, at its sole discretion, elect to deposit all or a portion of the Experience Rating Refund in the CFR Account. Any amount not so deposited will be paid to the Policyholder.

If the calculation results in a negative amount, Standard may, at its sole discretion, make a withdrawal from the CFR Account and apply it as additional premium for the Computation Period.

Withdrawals from the CFR Account are limited as follows:

    a.    The amount withdrawn by Standard to serve as additional premium for a Computation Period shall not exceed the lesser of the following amounts:

        (1)    The negative amount resulting from the Experience Rating Refund calculation; or

        (2)    The amount in the CFR Account at the end of the Computation Period.

    b.    Effective as of the first day of the calendar month next following 30 days written notice to Standard and a subsequent Experience Rating Refund calculation, the Policyholder may withdraw any part of the amount on deposit in excess of one-half the total annual premium for Noncontributory Long Term Disability Insurance for the contract year ending on the preceding anniversary of the Group Policy Effective Date.

## TERMINATION OF GROUP POLICY

An Experience Rating Refund calculation will be performed after the Group Policy terminates, and again 12 months following termination of the Group Policy.

If either Experience Rating Refund calculation results in a negative amount, Standard may, at its sole discretion, make a withdrawal from the CFR Account and apply it as additional premium for the Computation Period.

If the Experience Rating Refund calculation initially performed after the policy terminates results in a positive amount, Standard may, at its sole discretion, elect to deposit all or a portion of the Experience Rating Refund in the CFR Account.

If the Experience Rating Refund calculation performed 12 months following termination of the Group Policy results in a positive amount, no additional deposits will be made to the CFR Account and such amounts will not be paid to the Policyholder.

Any amount remaining on deposit in the CFR Account following the final Experience Rating Refund calculation will be paid to the Policyholder.

If any premium due under the Group Policy remains unpaid at the termination of the Group Policy, a portion of the amount in the CFR Account sufficient to pay such premium will be applied automatically to pay such premium. Any amount thereafter tendered to pay such premium shall be credited to the amount on deposit in the CFR Account.

## DEFINITIONS

Earned Premium equals a + b − c, where:

    a  =  Paid premiums
    b  =  Increase or decrease in uncollected premium
    c  =  Increase or decrease in advance premium

Paid Claims equals a + b + c, where:

    a  =  Claims paid, including benefits paid and costs incurred under any provision of the Group Policy
    b  =  legal fees, expenses, settlements and judgments paid in connection with lawsuits relating to claims
    c  =  Payments of the Employer's share of Social Security and Medicare tax by Standard

Claims Reserves equals reserves for a + b + c + d, where:

    a  =  IBNR: claims incurred but not reported
    b  =  Outstanding claims: claims or portions of claims which have been approved but have not been paid
    c  =  Active claims
    d  =  Pending claims

Retention equals a + b + c + d, where:

    a  =  Commissions paid
    b  =  Premium tax incurred
    c  =  Expenses and charges as determined according to the formulae adopted by Standard and any other variable expenses incurred and applied to this Group Policy
    d  =  Risk and contingency charges as determined according to the formulae adopted by Standard

Computation Period means the Initial Rate Guarantee Period and each successive renewal period thereafter. If the renewal date is changed by amendment, the Computation Period will be adjusted accordingly. A Computation Period automatically ends on the date the Group Policy terminates. A final Computation Period is the 12 month period following termination of the Group Policy.

## CONDITIONS

1. An Experience Rating Refund calculation will be performed at the end of each Computation Period.

2. Any change in the claims reserves formula will bear a direct relationship to Standard's actual claims experience or to published insurance industry claim experience.

3. If, for the Initial Rate Guarantee Period or for any succeeding Computation Period, the Experience Rating Refund is zero or a negative figure, no Experience Rating Refund will be paid for that Computation Period.

4. Payment of the Experience Rating Refund (if applicable) will be made by Standard on or before the later of the following dates:

    a.    60 days after the end of the Computation Period.

    b.    The date upon which all outstanding premium due has been received by Standard.

5.  Standard may, at its sole discretion, elect to deposit all or a portion of the Experience Rating Refund into a claims fluctuation reserve or premium deposit account.

6.  Funds held on deposit in the CFR Account shall constitute a part of Standard's general corporate funds to be so used and invested by Standard.

7.  The amount on deposit in the CFR Account shall earn interest annually at such rate as Standard may declare on such funds. Each deposit will begin to bear interest on the date it is deposited, and interest will be added to and become a part of the amount on deposit at such time as may be determined by Standard but not less than once each year.

8.  Except as provided in 9. below:

    a.  Standard shall make deposits to, and withdrawals from, the CFR Account only in accordance with the provisions of this Agreement; and

    b.  The Policyholder may make withdrawals from the CFR Account only in accordance with the provisions of this Agreement.

9.  Either the Policyholder or Standard may at any time make a deposit, or withdraw all or any part of the amount on deposit, upon mutual agreement evidenced in writing and signed by the Policyholder and Standard.

10. Except as provided in this Agreement, all terms of the Group Policy apply.

11. Standard will provide the Policyholder detailed information concerning the component formulae of the Experience Rating Refund upon written request.

This Agreement is effective January 1, 2001.


By_____    Dated_____
            Policyholder


STANDARD INSURANCE COMPANY

By


_____                    _____
        President                                    Secretary

**NOTICE CONCERNING COVERAGE LIMITATIONS AND EXCLUSIONS**
**UNDER THE**
**LIFE AND HEALTH INSURANCE GUARANTY CORPORATION SUBTITLE**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Maryland Life and Health Insurance Guaranty Association.  The purpose of this is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the guaranty corporation will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force.  The valuable extra protection provided by these insurers through the guaranty corporation is not unlimited, however.  And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The Maryland Life and Health Insurance Guaranty Corporation may not provide coverage for this policy.  If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Maryland.  You should not rely on coverage by the Maryland Life and Health Insurance Guaranty Corporation in selecting an insurance company or in selecting an insurance policy.

Coverage is **NOT** provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice.  However, insurance companies and their agents are prohibited by law from using the existence of the guaranty corporation to induce you to purchase any kind of insurance policy.

**The Maryland Life and Health Insurance Guaranty Corporation**
**9199 Reisterstown Road**
**P.O. Box 671 - Suite 216C**
**Owings Mills, Maryland   21117**
**(410)-998-3907**

The state law that provides for this safety-net coverage is called the Life and Health Insurance Guaranty Corporation.

**The Corporation is not a department or unit of the State of Maryland and the liabilities or debts of the Life and Health Insurance Guaranty Corporation are not liabilities or debts of the State of Maryland.**

Following is a brief summary of this law's coverage, exclusions and limits.  This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the law or the rights or obligations of the guaranty corporation.

**COVERAGE**

Generally, individuals will be protected by the Life and Health Insurance Guaranty Corporation if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract or issued by a member insurer.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are **not** protected by this corporation if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);

- the insurer was not authorized to do business in this state.

- their policy was issued by a Health Maintenance Organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessment, or by an insurance exchange.

The corporation also does **not** provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

- any policy of reinsurance unless assumption certificates have been issued);

- interest rate yields that exceed an average rate;

- any portion of a policy or contract to the extent that it provided dividends;

- credits given in connection with the administration of a policy by a group contractholder.

- employers plans tot he extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

- unallocated annuity contracts (which give rights to group contractholders, not individuals).

## LIMITS ON AMOUNT OF COVERAGE.

The statute also limits the amount that the corporation is obligated to pay. The corporation cannot pay more than the amount the insurance company would owe under a policy or contract. Also, with respect to any one life, regardless of the number of policies or contracts with the member insurer, the corporation will pay a maximum:

- $300,000 in life insurance death benefits, but will not pay more than $100,000 in life insurance cash surrender values;

- $300,000 in health insurance benefits, including any net cash surrender and net cash withdrawal values; and

- $100,000 in the present value of annuity benefits, including any net cash surrender and net cash withdrawal values.

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon  97204-1282
(503) 321-7000

## GROUP LONG TERM DISABILITY INSURANCE POLICY

| | |
|---|---|
| Policyowner: | Piper Marbury Rudnick & Wolfe LLP |
| Policy Number: | 641252-A |
| Effective Date: | January 1, 2001 |

The consideration for this Group Policy is the application of the Policyowner and the payment by the Policyowner of premiums as provided herein.

Subject to the **Policyowner Provisions** and the **Incontestability Provisions**, this Group Policy (a) is issued for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment of the premium set by us on each renewal date.  The length of each renewal period will be set by us, but will not be less than 12 months.

For purposes of effective dates and ending dates under this Group Policy, all days begin and end at 12:00 midnight Standard Time at the Policyowner's address.

All provisions on this and the following pages are part of this Group Policy.  "You" and "your" mean the Member.  "We", "us", and "our" mean Standard Insurance Company.  Other defined terms appear with their initial letters capitalized.  Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

President                                                 Corporate Secretary

GP190-LTD/S399

Printed on recycled paper.

# Table of Contents

COVERAGE FEATURES........................................................................................ 1
    GENERAL POLICY INFORMATION ............................................................ 1
    BECOMING INSURED................................................................................ 1
    PREMIUM CONTRIBUTIONS .................................................................... 2
    SCHEDULE OF INSURANCE ..................................................................... 2
    DISABILITY PROVISIONS ......................................................................... 3
    EXCLUSIONS AND LIMITATIONS ............................................................. 3
    DEDUCTIBLE INCOME ............................................................................. 4
    OTHER PROVISIONS ............................................................................... 4
    PREMIUM RATES AND RENEWALS.......................................................... 4
INSURING CLAUSE .............................................................................................. 6
DEFINITION OF DISABILITY ................................................................................ 6
RETURN TO WORK INCENTIVE ............................................................................ 7
REASONABLE ACCOMMODATION EXPENSE BENEFIT........................................... 7
TEMPORARY RECOVERY ..................................................................................... 7
WHEN LTD BENEFITS END................................................................................... 8
PREDISABILITY EARNINGS ................................................................................. 8
DEDUCTIBLE INCOME......................................................................................... 9
EXCEPTIONS TO DEDUCTIBLE INCOME.............................................................. 11
RULES FOR DEDUCTIBLE INCOME ..................................................................... 11
CONVERSION OF INSURANCE ............................................................................. 12
SURVIVORS BENEFIT .......................................................................................... 13
WAIVER OF PREMIUM ......................................................................................... 13
BENEFITS AFTER INSURANCE ENDS OR IS CHANGED ......................................... 13
EFFECT OF NEW DISABILITY............................................................................... 13
EXCLUSIONS ....................................................................................................... 13
LIMITATIONS ...................................................................................................... 14
CLAIMS............................................................................................................... 15
ALLOCATION OF AUTHORITY.............................................................................. 17
TIME LIMITS ON LEGAL ACTIONS ....................................................................... 17
INCONTESTABILITY PROVISIONS......................................................................... 18
CONTINUITY OF COVERAGE................................................................................ 18
WHEN YOUR INSURANCE BECOMES EFFECTIVE.................................................. 18
ACTIVE WORK PROVISIONS................................................................................. 19
WHEN YOUR INSURANCE ENDS .......................................................................... 20
REINSTATEMENT OF INSURANCE........................................................................ 20
CLERICAL ERROR AND MISSTATEMENT.............................................................. 20
TERMINATION OR AMENDMENT OF THE GROUP POLICY ..................................... 21
DEFINITIONS ...................................................................................................... 21
POLICYOWNER PROVISIONS................................................................................ 22

# Index of Defined Terms

Active Claim Reserve, 23
Active Work, 19
Actively At Work, 19
Allowable Periods, 7
Any Occupation Income Level, 3
Any Occupation Of Disability, 6
Any Occupation Period, 3

Benefit Waiting Period, 3, 21

Class Definition, 1
Contributory, 21
CPI-W, 21

Deductible Income, 9
Disability, 6
Disabled, 6

Earnings Period, 4
Eligibility Waiting Period, 21
Employer, 1
Evidence Of Insurability, 21
Exclusion Period, 3

Grace Period, 5
Group Policy, 21
Group Policy Effective Date, 1
Group Policy Number, 1
Guarantee Issue Amount, 2

Hospital, 14

IBNR Reserve, 23
Indexed Predisability Earnings, 21
Initial Rate Guarantee Period, 5
Injury, 22

Leave Of Absence Period, 4
Limitation Period, 4
LTD Benefit, 22

Material Duties, 6
Maximum Benefit Period, 3, 22
Maximum LTD Benefit, 2
Member, 1
Mental Disorder, 14
Minimum LTD Benefit, 2
Minimum Participation, 5
Minimum Participation Number, 5
Minimum Participation Percentage, 5

Noncontributory, 22
Noncontributory (premium included), 2
Notice of Rate Change, 5

Own Occupation, 6
Own Occupation Income Level, 3
Own Occupation Period, 3

Partial Disability, 6
Physical Disease, 22
Physician, 22
Policyowner, 1
Predisability Earnings, 8, 9
Preexisting Condition, 14
Preexisting Condition Period, 3
Pregnancy, 22
Premium Due Dates, 5
Prior Plan, 22
Proof Of Loss, 15

Reasonable Accommodation Expense
    Benefit, 4, 7
Return To Work Incentive, 7

Temporary Recovery, 7

War, 13
Work Earnings, 7

## COVERAGE FEATURES

This section contains many of the features of your long term disability (LTD) insurance.   Other provisions, including exclusions, limitations, and Deductible Income, appear in other sections. Please refer to the text of each section for full details. The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 641252-A |
| Policyowner: | Piper Marbury Rudnick & Wolfe LLP |
| Employer(s): | Piper Marbury Rudnick & Wolfe LLP |
| Group Policy Effective Date: | January 1, 2001 |
| Policy Issued in: | Maryland |

## BECOMING INSURED

To become insured you must: (a) Be a Member; (b) Complete your Eligibility Waiting Period; and (c) Meet the requirements in **Active Work Provisions** and **When Your Insurance Becomes Effective.**

Definition of Member:

You are a Member if you are:

1. An active partner or employee of the Employer;
2. Regularly working at least 60% of a 35 hour per week work schedule for the Chicago location, or 60% of a 37.5 hour per week work schedule for all other locations; and
3. A citizen or resident of the United States or Canada.

You are not a Member if you are:

1. A temporary or seasonal employee; or
2. A full time member of the armed forces of any country.

Class Definition:

Class 1: All Partners and Executive Directors who are insured under the Employer-sponsored individual disability plan.

Class 2: All Non-Partner Lawyers, Directors and other Exempt Staff Members with Annual Earnings over $100,000.

Class 3: All other Exempt Staff Members with Annual Earnings up to and including $100,000.

Class 4: All Non-Exempt Staff Members.

Class 5: All Partners who are not insured under the Employer-sponsored individual disability plan.

Annual Earnings means your Predisability Earnings times 12.

Eligibility Waiting Period:

You are eligible on one of the following dates:

Class 1, 2, 3 and 5:

If you are a Member on the Group Policy Effective Date, you are eligible on that date.

If you become a Member after the Group Policy Effective Date, you are eligible on the date you become a Member.

Class 4:

If you are a Member on the Group Policy Effective Date, you are eligible on that date.

If you become a Member after the Group Policy Effective Date, you are eligible on the first day of the calendar month coinciding with or next following 180 consecutive days as a Member.

Evidence Of Insurability:

Required:

a. For late application for Contributory insurance.

b. For reinstatements if required.

c. For Members eligible but not insured under the Prior Plan.

d. For insuring Predisability Earnings above $16,667 (the Guarantee Issue Amount).

## PREMIUM CONTRIBUTIONS

Insurance is:                          Noncontributory (premium included)*

*Noncontributory (premium included) means that the cost of insurance is included in the Member's gross earnings.

## SCHEDULE OF INSURANCE

LTD Benefit:

Class 1:   50% of the first $25,000 of your Predisability Earnings, reduced by Deductible Income.

Class 2:   60% of the first $20,000 of your Predisability Earnings, reduced by Deductible Income.

Class 3 and 4:   60% of the first $8,333 of your Predisability Earnings, reduced by Deductible Income.

Class 5:   60% of the first $25,000 of your Predisability Earnings, reduced by Deductible Income.

Maximum LTD Benefit:

Class 1: $12,500 before reduction by Deductible Income.

Class 2: $12,000 before reduction by Deductible Income.

Class 3 and 4:   $5,000 before reduction by Deductible Income.

Class 5: $15,000 before reduction by Deductible Income.

Minimum LTD Benefit:                  $100

| | |
|---|---|
| Benefit Waiting Period: | 365 days |
| Maximum Benefit Period: | Determined by your age when Disability begins, as follows: |

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | To age 65, or 3 years 6 months, if longer. |
| 62 | 3 years 6 months |
| 63 | 3 years |
| 64 | 2 years 6 months |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

## DISABILITY PROVISIONS

| | |
|---|---|
| Own Occupation Period: | Class 1, 2, and 5:  From the end of the Benefit Waiting Period to the end of the Maximum Benefit Period. |
| | Class 3 and 4:  The first 24 months for which LTD Benefits are paid. |
| Any Occupation Period: | Class 1, 2, and 5:  Not applicable. |
| | Class 3 and 4:  From the end of the Own Occupation Period to the end of the Maximum Benefit Period. |
| Partial Disability: | Covered |
| Own Occupation Income Level: | 80% of your Indexed Predisability Earnings. |
| Any Occupation Income Level: | Class 1, 2, and 5:  Not applicable. |
| | Class 3 and 4:  60% of your Indexed Predisability Earnings. |

See **Definition of Disability** for more information.

## EXCLUSIONS AND LIMITATIONS

Exclusions:

| | |
|---|---|
| Preexisting Condition Exclusion: | Yes |
| Preexisting Condition Period: | The 90 day period just before your insurance becomes effective. |
| Exclusion Period: | 12 months |

Insurance also includes War and Intentionally Self-Inflicted Injury exclusions.  See **Exclusions** for an explanation of all exclusions.

Limitations:

| | |
|---|---|
| Mental Disorder Limitation: | Yes |

| | |
|---|---|
| Limitation Period: | 24 months |
| Intoxication Or Drug Use Limitation: | Yes |
| Limitation Period: | 24 months |

Insurance also includes Care Of A Physician and Rehabilitation limitations. See **Limitations** for an explanation of all limitations.

## DEDUCTIBLE INCOME

| | |
|---|---|
| Social Security Offset: | Full offset |

See **Deductible Income** for information on this and other Deductible Income.

## OTHER PROVISIONS

| | |
|---|---|
| Survivors Benefit Amount: | A lump sum equal to 3 times your LTD Benefit without reduction by Deductible Income. |
| Estate Payment Allowed: | No |
| Conversion of Insurance: | Yes |
| COLA Benefit: | No |
| Leave Of Absence Period: | 30 days |
| Continuity of Coverage: | Yes |
| Reasonable Accommodation Expense Benefit: | The expenses incurred for the reasonable accommodation or $25,000, whichever is less. |
| Predisability Earnings based on: | Earnings in effect on your last full day of Active Work. |
| Earnings Period for Commissions in Predisability Earnings: | The preceding 12 calendar months. |

## PREMIUM RATES AND RENEWALS

Premium Rate:

Class 1:

| | |
|---|---|
| For Members whose Evidence Of Insurability has been approved by us: | 0.280% of each insured Member's insured Predisability Earnings up to $25,000. |
| For all other Members: | 0.280% of each insured Member's insured Predisability Earnings up to $16,667 . |

Class 2:

| | |
|---|---|
| For Members whose Evidence Of Insurability has been approved by us: | 0.280% of each insured Member's insured Predisability Earnings up to $20,000. |

| | |
|---|---|
| For all other Members: | 0.280% of each insured Member's insured Predisability Earnings up to $16,667 . |
| Class 3 and 4: | 0.280% of each insured Member's insured Predisability Earnings up to $8,333. |
| Class 5: For Members whose Evidence Of Insurability has been approved by us: | 0.280% of each insured Member's insured Predisability Earnings up to $25,000. |
| For all other Members: | 0.280% of each insured Member's insured Predisability Earnings up to $16,667 . |
| Premium Due Dates: | January 1, 2001 and the first day of each calendar month thereafter. |
| Grace Period: | 45 days |
| Initial Rate Guarantee Period: | January 1, 2001 to January 1, 2004 |
| Extended Rate Guarantee Period: | Two additional years.  See **Policyowner Provisions**. |
| Notice of Rate Change: | 90 days |
| Minimum Participation | |
| Number: | 10 insured Members |
| Percentage: | 100% of eligible Members |

## INSURING CLAUSE

If you become Disabled while insured under the Group Policy, we will pay LTD Benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

## DEFINITION OF DISABILITY

You are Disabled if you meet one of the following definitions during the period it applies:

    A.  Own Occupation Definition of Disability;

    B.  Any Occupation Definition of Disability; or

    C.  Partial Disability Definition.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as your regular and ordinary employment with the Employer. Your Own Occupation is not limited to your job with your Employer.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation.

A.  Own Occupation Definition Of Disability

    During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

    You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

    Note:  You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license, or because you suffer a loss of Predisability Earnings as a result of disclosure of any Physical Disease, Injury, Pregnancy or Mental Disorder.

B.  Any Occupation Definition Of Disability

    During the Any Occupation Period you are required to be Disabled from all occupations.

    You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training and experience.

C.  Partial Disability Definition

    1.  During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you work in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn the Own Occupation Income Level or more.

    2.  During the Any Occupation Period, you are Partially Disabled when you work in an occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn the Any Occupation Income Level, or more, in that occupation and in all other occupations for which you are reasonably fitted under the Any Occupation Definition of Disability.

You may work in another occupation while you meet the Own Occupation Definition of Disability. If you are Disabled from your Own Occupation, there is no limit on your Work Earnings in another occupation. Your Work Earnings may be Deductible Income. See **Return To Work Incentive** and **Deductible Income.** You may be required to participate in a rehabilitation program approved by us. See Rehabilitation in the **Limitations** section.

*i*                                                   *(*

Your Any Occupation Period, Any Occupation Income Level, Own Occupation Period, and Own Occupation Income Level are shown in the **Coverage Features**.

## RETURN TO WORK INCENTIVE

A.  During The Benefit Waiting Period

You may serve your Benefit Waiting Period while working, if you meet either the Own Occupation Definition of Disability or the Partial Disability Definition.

B.  After The Benefit Waiting Period

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive changes 12 months after that date, as follows:

1.  During the first 12 months, your Work Earnings will be Deductible Income as determined below:

    a.  Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

    b.  Determine 100% of your Indexed Predisability Earnings.

    c.  If a. is greater than b., the difference will be Deductible Income.

2.  After those first 12 months, 50% of your Work Earnings will be Deductible Income.

Work Earnings means your gross monthly earnings from work you perform while Disabled, including earnings from your Employer, any other employer, or self-employment. Your earnings will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one. Work Earnings will not include any renewal commissions, overwriting renewal commissions, or service fees received on business sold before you become Disabled.

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you are Disabled and return to work in any occupation for any employer, not including self employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit as shown in the **Coverage Features**.

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

## TEMPORARY RECOVERY

You may temporarily recover from your Disability, and then become Disabled again from the same cause or causes, without having to serve a new Benefit Waiting Period. Temporary Recovery means you cease to be Disabled for no longer than the applicable Allowable Period.

A.  Allowable Periods

1.  During the Benefit Waiting Period: a total of 30 days of recovery.

2.  During the Maximum Benefit Period: 180 days for each period of recovery.

## INSURING CLAUSE

If you become Disabled while insured under the Group Policy, we will pay LTD Benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

## DEFINITION OF DISABILITY

You are Disabled if you meet one of the following definitions during the period it applies:

    A.  Own Occupation Definition of Disability;

    B.  Any Occupation Definition of Disability; or

    C.  Partial Disability Definition.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as your regular and ordinary employment with the Employer. Your Own Occupation is not limited to your job with your Employer.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation.

A.  Own Occupation Definition Of Disability

    During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

    You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

    Note:  You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license, or because you suffer a loss of Predisability Earnings as a result of disclosure of any Physical Disease, Injury, Pregnancy or Mental Disorder.

B.  Any Occupation Definition Of Disability

    During the Any Occupation Period you are required to be Disabled from all occupations.

    You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training and experience.

C.  Partial Disability Definition

    1.  During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you work in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn the Own Occupation Income Level or more.

    2.  During the Any Occupation Period, you are Partially Disabled when you work in an occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn the Any Occupation Income Level, or more, in that occupation and in all other occupations for which you are reasonably fitted under the Any Occupation Definition of Disability.

You may work in another occupation while you meet the Own Occupation Definition of Disability. If you are Disabled from your Own Occupation, there is no limit on your Work Earnings in another occupation.  Your Work Earnings may be Deductible Income.  See **Return To Work Incentive** and **Deductible Income**.  You may be required to participate in a rehabilitation program approved by us. See Rehabilitation in the **Limitations** section.

Your Any Occupation Period, Any Occupation Income Level, Own Occupation Period, and Own Occupation Income Level are shown in the **Coverage Features.**

## RETURN TO WORK INCENTIVE

A. During The Benefit Waiting Period

You may serve your Benefit Waiting Period while working, if you meet either the Own Occupation Definition of Disability or the Partial Disability Definition.

B. After The Benefit Waiting Period

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive changes 12 months after that date, as follows:

1. During the first 12 months, your Work Earnings will be Deductible Income as determined below:

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. After those first 12 months, 50% of your Work Earnings will be Deductible Income.

Work Earnings means your gross monthly earnings from work you perform while Disabled, including earnings from your Employer, any other employer, or self-employment. Your earnings will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one. Work Earnings will not include any renewal commissions, overwriting renewal commissions, or service fees received on business sold before you become Disabled.

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you are Disabled and return to work in any occupation for any employer, not including self employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit as shown in the **Coverage Features.**

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

## TEMPORARY RECOVERY

You may temporarily recover from your Disability, and then become Disabled again from the same cause or causes, without having to serve a new Benefit Waiting Period. Temporary Recovery means you cease to be Disabled for no longer than the applicable Allowable Period.

A. Allowable Periods

1. During the Benefit Waiting Period: a total of 30 days of recovery.

2. During the Maximum Benefit Period: 180 days for each period of recovery.

B. Effect Of Temporary Recovery

If your Temporary Recovery does not exceed the Allowable Periods, 1 through 5 below will apply.

1. The Predisability Earnings used to determine your LTD Benefit will not change.

2. The period of Temporary Recovery will not count toward your Benefit Waiting Period, your Maximum Benefit Period or your Own Occupation Period.

3. No LTD Benefits will be payable for the period of Temporary Recovery.

4. No LTD Benefits will be payable after benefits become payable to you under any other group long term disability insurance policy under which you become insured during your period of Temporary Recovery.

5. Except as stated above, the provisions of the Group Policy will be applied as if there had been no interruption of your Disability.

## WHEN LTD BENEFITS END

Your LTD Benefits end automatically on the earliest of 1 through 4 below.

1. The date you are no longer Disabled.

2. The date your Maximum Benefit Period ends.

3. The date you die.

4. The date benefits become payable under any other group long term disability insurance policy under which you become insured during a period of Temporary Recovery.

## PREDISABILITY EARNINGS

Your Predisability Earnings will be based on your earnings in effect on your last full day of Active Work unless a different date applies (see the **Coverage Features**). Any subsequent change in your earnings will not affect your Predisability Earnings.

A. Partners, Limited Liability Partners, P.C. Partners, Owner-Employees, Sole Proprietors and S-Corporation Shareholders

If you are a Partner, Limited Liability Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder, Predisability Earnings means your average monthly compensation from your Employer during the Employer's prior tax year. If you are a P.C. Partner, Predisability Earnings means the average monthly compensation received by your professional corporation from the Policyowner during the Policyowner's prior tax year. Your average monthly compensation is determined by adding the following amounts as reported on the applicable Schedule K-1, Schedule C, Form W-2 or S-Corporation federal income tax return, and dividing by 12 (or by the number of months you were a Partner, Limited Liability Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder if less than 12):

1. Your ordinary income (loss) from trade or business activity(ies).

2. Your guaranteed payments, if you are a Partner.

3. Your net profit from business.

4. Your compensation (as an officer), salary, or wages, if you are an S-Corporation Shareholder.

If you were not a Partner, Limited Liability Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder during the entire prior tax year, your Predisability Earnings will be

your average monthly compensation for your period as a Partner, Limited Liability Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder.

B.  All Other Members

Predisability Earnings means your monthly rate of earnings from your Employer, including:

1.  Commissions averaged over the Earnings Period shown in the **Coverage Features** or over the period of your employment if less than the Earnings Period.

2.  Shift differential pay.

Predisability Earnings does not include:

1.  Bonuses.

2.  Overtime pay.

3.  Any renewal commissions, overwriting renewal commissions, or service fees.

4.  Any other extra compensation.

If you are paid on an annual contract basis, your monthly rate of earnings is one-twelfth (1/12th) of your annual contract salary.

If you are paid hourly, your monthly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month, but not more than 173 hours. If you do not have regular work hours, your monthly rate of earnings is based on the average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months), but not more than 173 hours.

C.  All Members

Predisability Earnings includes:

1.  Contributions you make through a salary reduction agreement with your Employer to:

    a.  An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), or 457 deferred compensation arrangement; or

    b.  An executive nonqualified deferred compensation arrangement.

2.  Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings does not include your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

## DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income**, Deductible Income means:

1.  Sick pay or other salary continuation (but not vacation pay) paid to you by your Employer, as determined below:

    a.  Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your sick pay or other salary continuation to that amount.

    b.  Determine 100% of your Indexed Predisability Earnings.

    c.  If a. is greater than b., the difference will be Deductible Income.

2.  Your Work Earnings, as described in **Return To Work Incentive**.

3.  Any amount you receive or are eligible to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

    a.  A workers' compensation law;

    b.  The Jones Act;

    c.  Maritime Doctrine of Maintenance, Wages or Cure;

    d.  Longshoremen's and Harbor Worker's Act; or

    e.  Any similar act or law.

4.  Any amount you, your spouse, or your children under age 18 receive or are eligible to receive because of your disability or retirement under:

    a.  The Federal Social Security Act;

    b.  The Canada Pension Plan;

    c.  The Quebec Pension Plan;

    d.  The Railroad Retirement Act; or

    e.  Any similar plan, act, or law.

    Benefits your spouse or children receive or are eligible to receive because of your disability are Deductible Income regardless of marital status, custody, or place of residence.

    The **Coverage Features** states which one of the following options applies to your Social Security benefits:

    a.  Full offset: Both the primary benefit (the benefit awarded to you) and dependents benefits are Deductible Income.

    b.  Primary offset: Primary benefits are Deductible Income, but dependents benefits are not.

    c.  Partial dependents offset: Primary benefits are Deductible Income. Dependents benefits are Deductible Income as determined below:

        (1)  Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your dependents benefits to that amount.

        (2)  Multiply your Predisability Earnings by the dependents limit.

        (3)  If (1) is greater than (2), the difference will be Deductible Income.

5.  Any amount you receive or are eligible to receive because of your disability under any state disability income benefit law or similar law.

6.  Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while LTD Benefits are payable.

7.  Any amount you receive or are eligible to receive because of your disability under any other insurance coverage, other than the Employer-sponsored individual disability plan, as determined below:

    a.  Determine the amount of your LTD Benefit as if there were no Deductible Income, add the amount you receive or are eligible to receive from any other insurance coverage because of your disability.

    b.  Determine 80% of your Indexed Predisability Earnings.

    c.  If a. is greater than b., the difference will be Deducible Income.

8. Any disability or retirement benefits you receive under your Employer's retirement plan.

9. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Early retirement benefits under the Federal Social Security Act which are not actually received.

5. Group credit or mortgage disability insurance benefits.

6. Accelerated death benefits paid under a life insurance policy.

7. The following amounts under your Employer's retirement plan:

   a. A lump sum distribution of your entire interest in the plan.

   b. Any amount which is attributable to your contributions to the plan.

   c. Any amount you could have received upon termination of employment without being disabled or retired.

8. Benefits from a through j below:

   a. Profit sharing plan.

   b. Thrift or savings plan.

   c. Deferred compensation plan.

   d. Plan under IRC Section 401(k), 408(k), or 457.

   e. Individual Retirement Account (IRA).

   f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

   g. Stock ownership plan.

   h. Keogh (HR-10) plan.

   i. Retirement plan under a professional service corporation with respect to principals.

   j. Employer-sponsored individual disability plan.

## RULES FOR DEDUCTIBLE INCOME

A. Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

B. Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be eligible. We may ask for written documentation of your pursuit of Deductible Income. You must provide it within 60 days after we mail you our request. Otherwise, we may reduce your LTD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

C. Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable. You must notify us of the amount of the Deductible Income when it is approved. You must repay us for the resulting overpayment of your claim.

D. Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by us. You must immediately repay us. You will not receive any LTD Benefits until we have been repaid in full. In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment. We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

## CONVERSION OF INSURANCE

When your insurance ends, you may buy LTD conversion insurance if you meet 1 through 5 below.

1. Your insurance ends for a reason other than:

   a. Termination or amendment of the Group Policy;

   b. Your failure to make a required premium contribution; or

   c. Your retirement.

2. You were insured under your Employer's long term disability insurance plan for at least one year as of the date your insurance ended.

3. You are not Disabled on the date your insurance ends.

4. You are a citizen or resident of the United States or Canada.

5. You apply in writing and pay the first premium for LTD conversion insurance within 31 days after your insurance ends.

Your LTD conversion insurance becomes effective on the day after your insurance ends.

The maximum LTD conversion insurance benefit you may select is the smallest of:

1. $4,000 (however, if you provide satisfactory Evidence Of Insurability, this upper limit may be as high as $8,000);

2. 60% of your insured Predisability Earnings on the date your insurance ended; and

3. The LTD Benefit payable if you had become Disabled on the day before your insurance ended and you had no Deductible Income.

The maximum LTD conversion insurance benefit is reduced by deductible income. The certificate we will issue to you when your LTD conversion insurance becomes effective will contain other provisions which will also differ from the Group Policy.

## SURVIVORS BENEFIT

If you die while LTD Benefits are payable, we will pay a Survivors Benefit according to 1 through 4 below.

1. The amount of the Survivors Benefit is shown in the **Coverage Features**.

2. The Survivors Benefit will first be applied to reduce any overpayment of your claim.

3. The Survivors Benefit will be paid at our option to any one or more of the following:

   a. Your surviving spouse;

   b. Your surviving unmarried children under age 25; or

   c. Any person providing the care and support of any of them.

4. If you are not survived by a spouse or any unmarried child under age 25, no Survivors Benefit will be paid unless payment to your estate is allowed as stated in the **Coverage Features**.

## WAIVER OF PREMIUM

Your insurance will continue without payment of premiums while LTD Benefits are payable.

## BENEFITS AFTER INSURANCE ENDS OR IS CHANGED

During each period of continuous Disability, we will pay LTD Benefits according to the terms of the Group Policy in effect on the date you become Disabled. Your right to receive LTD Benefits will not be affected by:

1. Termination of the Group Policy after you become Disabled; or

2. Any amendment to the Group Policy that is effective after you become Disabled.

## EFFECT OF NEW DISABILITY

If a period of Disability is extended by a new cause while LTD Benefits are payable, LTD Benefits will continue while you remain Disabled. However, 1 and 2 apply.

1. LTD Benefits will not continue beyond the end of the original Maximum Benefit Period.

2. All provisions of the Group Policy, including the **Exclusions** and **Limitations** sections, will apply to the new cause of Disability.

## EXCLUSIONS

A. War

   You are not covered for a Disability caused or contributed to by War or any act of War. War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

B. Intentionally Self-Inflicted Injury

   You are not covered for a Disability caused or contributed to by an intentionally self-inflicted Injury, while sane or insane.

homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

C.  Intoxication Or Drug Use

Payment of LTD Benefits is limited to the Intoxication Or Drug Use Limitation Period shown in the **Coverage Features** during your entire lifetime for a Disability caused or contributed to by your intoxication, use of any drug, including hallucinogens, or drug addiction.

D.  Rehabilitation

No LTD Benefits will be paid for any period of Disability when you are not participating in good faith in a plan, program or course of medical treatment or vocational training or education approved by us unless your Disability prevents you from participating.

E.  Imprisonment

No LTD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

## CLAIMS

A.  Filing A Claim

Claims should be filed on our forms. If you do not receive our forms within 15 days after you ask for them, you may submit your claim in a letter to us. The letter should include the date disability began, and the cause and nature of the disability.

B.  Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period. If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90 day period. If Proof Of Loss is filed outside these time limits, your claim will be denied. These limits will not apply while you lack legal capacity.

C.  Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.

D.  Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

E.  Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice. We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

F.  Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them. LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

G.  Notice Of Decision On Claim

We will evaluate your claim promptly after you file it.  Within 45 days after we receive your claim we will send you:  (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days.  Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days.  If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

If we request additional information, you will have 45 days to provide the information.  If you do not provide the requested information within 45 days, we may decide your claim based on the information we have received.

If we deny any part of your claim, you will receive a written notice of denial containing:

a.  The reasons for our decision.

b.  Reference to the parts of the Group Policy on which our decision is based.

c.  Reference to any internal rule or guideline relied upon in making our decision.

d.  A description of any additional information needed to support your claim.

e.  Information concerning your right to a review of our decision.

f.  Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

H.  Review Procedure

If all or part of a claim is denied, you may request a review.  You must request a review in writing within 180 days after receiving notice of the denial.

You may send us written comments or other items to support your claim.  You may review and receive copies of any non-privileged information that is relevant to your request for review.  There will be no charge for such copies.  You may request the names of medical or vocational experts who provided advice to us about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgement, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgement and will not be subordinate to that person.  Our review will include any written comments or other items you submit to support your claim.

We will review your claim promptly after we receive your request.  Within 45 days after we receive your request for review we will send you: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If we extend the review period, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim on review; and (c) any additional information we need to decide your claim.

If we request additional information, you will have 45 days to provide the information.  If you do not provide the requested information within 45 days, we may conclude our review of your claim based on the information we have received.

If we deny any part of your claim on review, you will receive a written notice of denial containing:

a.  The reasons for our decision.

b.  Reference to the parts of the Group Policy on which our decision is based.

c.  Reference to any internal rule or guideline relied upon in making our decision.

d.  Information concerning your right to receive, free of charge, copies of non-privileged documents and records relevant to your claim.

e.  Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA.

The Group Policy does not provide voluntary alternative dispute resolution options.  However, you may contact your local U.S. Department of Labor Office and your State Insurance regulatory agency for assistance.

I.  Assignment

The rights and benefits under the Group Policy are not assignable.

## ALLOCATION OF AUTHORITY

Except for those functions which the Group Policy specifically reserves to the Policyowner, we have full and exclusive authority to control and manage the Group Policy, to administer claims, and to interpret the Group Policy and resolve all questions arising in the administration, interpretation, and application of the Group Policy.

Our authority includes, but is not limited to:

1.  The right to resolve all matters when a review has been requested;

2.  The right to establish and enforce rules and procedures for the administration of the Group Policy and any claim under it;

3.  The right to determine:

a.  Eligibility for insurance;

b.  Entitlement to benefits;

c.  Amount of benefits payable;

d.  Sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Group Policy, any decision we make in the exercise of our authority is conclusive and binding.

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given us Proof Of Loss. No such action may be brought more than three years after the earlier of:

1.  The date we receive Proof Of Loss; and

2.  The end of the period within which Proof Of Loss is required to be given.

{                                                    {

## INCONTESTABILITY PROVISIONS

A.  Incontestability Of Member's Insurance

Any statement you make to obtain or to increase insurance is a representation and not a warranty.

No misrepresentation by you will be used to reduce or deny your claim or contest the validity of your insurance unless:

1.  Your insurance would not have been approved if we had known the truth; and

2.  We have given you a copy of a written instrument signed by you which contains your misrepresentation.

After your insurance has been in effect for two years, we will not use a misrepresentation by you to reduce or deny your claim, unless it was a fraudulent misrepresentation.

B.  Incontestability Of Group Policy

Any statement made by the Policyowner or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyowner or Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1.  The Group Policy would not have been issued if we had known the truth; and

2.  We have given the Policyowner or Employer a copy of a written instrument signed by the Policyowner or Employer which contains the misrepresentation.

The validity of the Group Policy will not be contested after it has been in force for two years, except for nonpayment of premiums or fraudulent misrepresentations.

## CONTINUITY OF COVERAGE

If your Disability is subject to the Preexisting Condition Exclusion, LTD Benefits will be payable if:

1.  You were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy;

2.  You became insured under the Group Policy when your insurance under the Prior Plan ceased;

3.  You were continuously insured under the Group Policy from the effective date of your insurance under the Group Policy through the date you became Disabled from the Preexisting Condition; and

4.  Benefits would have been payable under the Prior Plan if it had remained in force, taking into account the preexisting condition exclusion, if any, of the Prior Plan.

*Payment of your LTD Benefit will be under the terms of the Prior Plan or the Group Policy, whichever pays less.*

## WHEN YOUR INSURANCE BECOMES EFFECTIVE

The **Coverage Features** states whether your insurance is Contributory or Noncontributory.

A.  Noncontributory Insurance

Subject to the **Active Work Provisions**, your Noncontributory insurance becomes effective on the date you become eligible.

B. Contributory Insurance

You must apply in writing for Contributory Insurance and agree to pay premiums. Subject to the **Active Work Provisions**, your insurance becomes effective on:

1. The date you become eligible, if you apply on or before that date;

2. The date you apply, if you apply within 31 days after you become eligible; or

3. The date we approve your Evidence Of Insurability, if you apply more than 31 days after you become eligible (late application).

C. Insurance Subject To Evidence Of Insurability

Subject to the **Active Work Provisions**, insurance subject to Evidence Of Insurability becomes effective on the date we approve Evidence Of Insurability.

D. Takeover Provisions

1. If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Group Policy.

2. You must submit satisfactory Evidence Of Insurability to become insured for insurance if you were eligible for insurance under the Prior Plan for more than 31 days but were not insured.

## ACTIVE WORK PROVISIONS

A. Active Work Requirement

If you are incapable of Active Work because of Physical Disease, Injury, Pregnancy or Mental Disorder on the day before the scheduled effective date of your insurance, your insurance will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing the Material Duties of your Own Occupation at your Employer's usual place of business.

You will also meet the Active Work requirement if:

1. You were absent from Active Work because of a regularly scheduled day off, holiday, or vacation day;

2. You were Actively At Work on your last scheduled work day before the date of your absence; and

3. You were capable of Active Work on the day before the scheduled effective date of your insurance.

B. Changes In Insurance

This Active Work requirement also applies to any increase in your insurance. However, if you return to Active Work during a period of Disability or Temporary Recovery (see **Temporary Recovery**), you will not qualify for any change in insurance caused by a change in:

1. Your status as a member of a class;

2. The rate of earnings used to determine your Predisability Earnings; or

3. The terms of the Group Policy.

## WHEN YOUR INSURANCE ENDS

Your insurance ends automatically on the earliest of:

1. The date the last period ends for which you made a premium contribution, if your insurance is Contributory.

2. The date the Group Policy terminates.

3. The date your employment terminates.

4. The date you cease to be a Member. However, if you cease to be a Member because you are not working the required minimum number of hours, your insurance will be continued during the following periods, unless it ends under 1 through 3 above.

   a. While your Employer is paying you at least the same Predisability Earnings paid to you immediately before you ceased to be a Member.

   b. During the Benefit Waiting Period and while LTD Benefits are payable.

   c. During a leave of absence if continuation of your insurance under the Group Policy is required by a state-mandated family or medical leave act or law.

   d. During any other leave of absence approved by your Employer in advance and in writing and scheduled to last the Leave Of Absence Period shown in the **Coverage Features**.

## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply.

1. If your insurance ends because you cease to be a Member, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

2. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

3. If your insurance ends because you are on a federal or state mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state mandated family or medical leave act or law.

4. The Preexisting Conditions Exclusion will be applied as if there had been no break in coverage in the following instances:

   a. If you become insured again within 90 days.

   b. If required by federal or state mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

## CLERICAL ERROR AND MISSTATEMENT

A. Clerical Error

Clerical error by the Policyowner, your Employer, or their respective employees or representatives will not:

1. Cause a person to become insured;

2. Invalidate insurance under the Group Policy otherwise validly in force; or

3.  Continue insurance under the Group Policy otherwise validly terminated.

B.  Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both.  The adjustment will be based on:

1.  The amount of insurance based on the correct age; and

2.  The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

## TERMINATION OR AMENDMENT OF THE GROUP POLICY

The Group Policy may be terminated by us or the Policyowner according to its terms.  It will terminate automatically for nonpayment of premium.  The Policyowner may terminate the Group Policy in whole, and may terminate insurance for any class or group of Members, at any time by giving us written notice.

Benefits under the Group Policy are limited to its terms, including any valid amendment.  No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Policyowner for attachment to the Group Policy.   The Policyowner, your Employer and their respective employees or representatives have no right or authority to change or amend the Group Policy or to waive any of its terms or provisions without our signed written approval.

We may change the Group Policy in whole or in part when any change in law or governmental regulation affects our obligations under the Group Policy, or with the Policyowner's consent.

Any such change or amendment of the Group Policy may apply to current or future Members or to any separate classes or groups of Members.

## DEFINITIONS

Benefit Waiting Period means the period you must be continuously Disabled before LTD Benefits become payable. No LTD Benefits are payable for the Benefit Waiting Period.  See **Coverage Features**.

Contributory means you pay all or part of the premium for your insurance.

CPI-W means the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor.  If the CPI-W is discontinued or changed, we may use a comparable index.  Where required, we will obtain prior state approval of the new index.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.  See **Coverage Features**.

Providing Evidence Of Insurability means you must:

1.  Complete and sign our medical history statement;

2.  Sign our form authorizing us to obtain information about your health;

3.  Undergo a physical examination, if required by us, which may include blood testing; and

4.  At your expense, provide any additional information about your insurability that we may reasonably require.

Group Policy means the group long term disability insurance policy issued by us to the Policyowner and identified by the Group Policy Number.

Indexed Predisability Earnings means your Predisability Earnings adjusted by the rate of increase in the CPI-W.  During your first year of Disability, your Indexed Predisability Earnings are the same as

your Predisability Earnings. Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year. The maximum adjustment in any year is 10%. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

Injury means an injury to your body.

LTD Benefit means the monthly benefit payable to you under the terms of the Group Policy.

Maximum Benefit Period means the longest period for which LTD Benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins at the end of the Benefit Waiting Period. No LTD Benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See **Coverage Features**.

Noncontributory means the Policyowner or Employer pays the entire premium for your insurance.

Physical Disease means a physical disease entity or process that produces structural or functional changes in your body as diagnosed by a Physician.

Physician means a licensed medical professional, other than yourself, acting within the scope of the license.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group long term disability insurance plan in effect on the day before the effective date of your Employer's coverage under the Group Policy and which is replaced by the Group Policy.

## POLICYOWNER PROVISIONS

A. Premiums

The premium due on each Premium Due Date is the sum of the premiums for all persons then insured. Premium Rates are shown in the **Coverage Features**.

B. Contributions From Members

The Policyowner determines the amount, if any, of each Member's contribution toward the cost of insurance under the Group Policy.

C. Changes In Premium Rates

We may change Premium Rates when:

1. A change or clarification in law or governmental regulation affects the amount payable under the Group Policy. Any such change in Premium Rates will reflect only the change in our obligations;

2. Factors material to underwriting the Group Policy, including, but not limited to, number of persons insured, age, Predisability Earnings, gender and occupational classification, change by 25% or more; or

3. We and the Policyowner mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in the **Coverage Features**. Thereafter, except as provided above, we may change Premium Rates upon advance written notice to the Policyowner. The minimum advance notice is shown in the **Coverage Features** as Notice of Rate Change. Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than

once in any contract year. Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

D.  Extended Rate Guarantee

The first year of the Extended Rate Guarantee Period will apply if, as of the last day of the Initial Rate Guarantee Period, the amount determined from the following formula is positive:

A - B, where:

A = % of the total of all premiums charged since the Group Policy Effective Date.

B = The sum of:

    i)   The amount of all Long Term Disability Insurance claims paid by us under the Group Policy since the Group Policy Effective Date.

    ii)  The amount of the Active Claim Reserve and IBNR Reserve on the last day of the Contract Year.

The second year of the Extended Rate Guarantee Period will apply if, as of the last day of the first Contract Year following the Initial Rate Guarantee Period, the amount determined from the formula above is positive.

Active Claim Reserve means the amount of reserves set up by us for active Long Term Disability Insurance claims.

IBNR Reserve means the reserve for Long Term Disability Insurance claims incurred but not reported since the Group Policy Effective date.

E.  Payment Of Premiums

All premiums are due on the Premium Due Dates shown in the **Coverage Features.**

Each premium is payable on or before its Premium Due Date directly to us at our home office. The payment of each premium as it becomes due will maintain the Group Policy in force until the next Premium Due Date.

F.  Grace Period And Termination For Nonpayment

If a premium is not paid on or before its Premium Due Date, it may be paid during the following Grace Period. The length of the Grace Period is shown in the **Coverage Features.** The Group Policy will remain in force during the Grace Period.

If the premium is not paid during the Grace Period, the Group Policy will terminate automatically at the end of the Grace Period.

The Policyowner is liable for premium for insurance under the Group Policy during the Grace Period. We may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

G.  Termination For Other Reasons

The Policyowner may terminate the Group Policy by giving us written notice. The effective date of termination will be the later of:

1.  The date stated in the notice; and

2.  The date we receive the notice.

We may terminate the Group Policy as follows:

1. On any Premium Due Date if the number of persons insured is less than the Minimum Participation Number or less than the Minimum Participation Percentage shown in the **Coverage Features.**

2. On any Premium Due Date if we determine that the Policyowner has failed to promptly furnish any necessary information requested by us, or has failed to perform any other obligations relating to the Group Policy.

The minimum advance notice of such termination by us is the same as the Notice of Rate Change stated in the **Coverage Features.**

H. Premium Adjustments

Premium adjustments involving a return of unearned premiums to the Policyowner will be limited to the 12 months just before the date we receive a request for premium adjustment.

I. Experience Rating

The Group Policy will be experience rated on a yearly basis as long as premiums do not fall below $25,000 per year. Any experience rating refund is calculated according to our customary underwriting guidelines and will be paid to the Policyowner. The experience rating formulae are available to the Policyowner upon request.

J. Certificates

We will issue certificates to the Policyowner showing the coverage under the Group Policy. The Policyowner will distribute a certificate to each insured Member.

K. Records And Reports

The Policyowner or Employer will furnish on our forms all information reasonably necessary to administer the Group Policy. We have the right at all reasonable times to inspect the payroll and other records of the Policyowner or Employer which relate to insurance under the Group Policy.

L. Notice Of Suit

The Policyowner and Employer shall promptly give us written notice of any lawsuit or other legal proceedings arising under the Group Policy.

M. Entire Contract, Changes

The Group Policy and the application of the Policyowner constitute the entire contract between the parties. A copy of the Policyowner's application is attached to the Group Policy when issued.

The Group Policy may be changed in whole or in part. No change in the Group Policy will be valid unless it is approved in writing by one of our executive officers and given to the Policyowner for attachment to the Group Policy. No agent has authority to change the Group Policy or to waive any of its provisions.

N. Effect On Workers' Compensation, State Disability Insurance

The coverage provided under the Group Policy is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve the Employer of any obligation to provide such coverage.

LTDP97X

Piper, Marbury, Rudnick & Wolfe LLP

6225 Smith Ave
Baltimore MD 21209-3600
(410) 580-3000

## PLAN DOCUMENT

## SHORT TERM DISABILITY INCOME BENEFIT PLAN

Plan Sponsor has established a short term disability income benefit plan and agreed to provide STD Benefits according to the terms of this Plan Document. Plan Sponsor is solely responsible for payment of STD Benefits payable under the terms of this Plan.

Plan Sponsor has retained Standard Insurance Company as Claims Administrator for the Plan. Standard shall receive, process, investigate and evaluate claims for benefits. Standard has discretionary authority to make initial decisions to approve, deny or close claims for benefits. Standard is also authorized to review and decide appeals of denied or closed claims, if requested by claimants as provided in the appeal provision of the Plan. Thereafter, Plan Sponsor may elect to hear and decide any further appeals by claimants. In each case, Plan Sponsor retains the right of final review and decision on all claims and appeals.

Standard will also perform certain administrative services for the Plan, including advising and assisting Plan Sponsor with preparation and revision of the Plan and providing actuarial services. Standard has no authority or obligation with respect to management or investment of the assets of the Plan or Plan Sponsor's right of subrogation under the Plan.

This Plan and the individual applications, if any, of the Members constitute the entire Plan. Plan Sponsor has the right at anytime to amend or terminate this Plan or to require or change the amount of Member contributions. No change in this Plan will be valid unless approved by Plan Sponsor and evidenced by an amendment. No agent has authority to change this Plan or to waive any of its provisions.

For purposes of effective dates and ending dates under this Plan, all days begin and end at 12:00 midnight Standard Time at Plan Sponsor's address.

All provisions on this and the following pages are part of this Plan. "You" and "your" mean the Member. "We", "us", and "our" mean Plan Sponsor. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear in boldface type.

PLAN SPONSOR

By

_____

_____

Signature(s) and Title(s) of Authorized Representative(s)

PD190-STD

**TRUE COPY**

8-3-0 / DF

Printed on recycled paper.

# Table of Contents

COVERAGE FEATURES.................................................................................... 1
    GENERAL PLAN INFORMATION ........................................................... 1
    SCHEDULE OF COVERAGE.................................................................. 1
    MEMBER CONTRIBUTIONS ................................................................. 2
    PLAN DATA........................................................................................ 2
STATEMENT OF COVERAGE .......................................................................... 3
BECOMING COVERED ................................................................................... 3
WHEN YOUR COVERAGE BECOMES EFFECTIVE................................................. 3
ACTIVE WORK PROVISIONS............................................................................ 4
WHEN YOUR COVERAGE ENDS...................................................................... 4
REINSTATEMENT OF COVERAGE .................................................................... 5
DEFINITION OF DISABILITY ........................................................................... 5
RETURN TO WORK PROVISIONS..................................................................... 6
REASONABLE ACCOMMODATION EXPENSE BENEFIT........................................... 7
TEMPORARY RECOVERY ............................................................................... 7
WHEN STD BENEFITS END............................................................................. 7
PREDISABILITY EARNINGS ............................................................................ 8
DEDUCTIBLE INCOME................................................................................... 9
EXCEPTIONS TO DEDUCTIBLE INCOME............................................................ 10
RULES FOR DEDUCTIBLE INCOME ................................................................. 10
SUBROGATION ........................................................................................... 11
BENEFITS AFTER COVERAGE ENDS OR IS CHANGED.......................................... 11
EFFECT OF NEW DISABILITY.......................................................................... 12
DISABILITIES EXCLUDED FROM COVERAGE ..................................................... 12
LIMITATIONS ............................................................................................. 12
CLAIMS...................................................................................................... 13
ALLOCATION OF AUTHORITY......................................................................... 14
TIME LIMITS ON LEGAL ACTIONS ................................................................... 15
CLERICAL ERROR, AGENCY AND MISSTATEMENT ............................................. 15
TERMINATION OR AMENDMENT OF THE PLAN.................................................. 15
DEFINITIONS .............................................................................................. 16

# Index of Defined Terms

Active Work, Actively At Work, 4
Allowable Periods, 7
ASO Number, 1

Benefit Waiting Period, 2, 16

Claims Administrator, 1
Class Definition, 1
Contributory, 16

Deductible Income, 9

Eligibility Waiting Period, 1
Employer, 16
Employer(s), 1

Funding Medium, 2

Hospital, 16

Injury, 16

Maximum Benefit Period, 2, 16
Maximum STD Benefit, 1
Medical History, 4
Member, 1, 3

Mental Disorder, 16
Minimum STD Benefit, 1

Noncontributory, 16

Physical Disease, 16
Physician, 16
Plan Administrator, 2
Plan Effective Date, 1
Plan Sponsor, 1
Plan Year End Date, 2
Predisability Earnings, 8
Pregnancy, 16
Prior Plan, 16
Proof Of Loss, 13

Reasonable Accommodation Expense
    Benefit, 7

STD Benefit, 1, 16

Temporary Recovery, 7

War, 12
Work Earnings, 6

## COVERAGE FEATURES

This section contains many of the features of your short term disability (STD) coverage.    Other provisions, including exclusions, limitations, and Deductible Income appear in other sections.  Please refer to the text of each section for full details.  The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL PLAN INFORMATION

| | |
|---|---|
| Plan Sponsor: | Piper, Marbury, Rudnick & Wolfe LLP |
| Employer(s): | Piper, Marbury, Rudnick & Wolfe LLP |
| Claims Administrator: | Standard Insurance Company |
| ASO Number: | 641690-A |
| Plan Effective Date: | January 1, 2001 |

Member means:

1.  A regular employee of the Employer;

2.  Actively At Work at least 22 1/2 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days); and

3.  A citizen or resident of the United States or Canada.

Member does not include a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

Class Definition:      None

## SCHEDULE OF COVERAGE

| | |
|---|---|
| Eligibility Waiting Period: | You are eligible on one of the following dates: |
| | If you are a Member on the Plan Effective Date, you are eligible on that date. |
| | If you become a Member after the Plan Effective Date, you are eligible on the first day of the calendar month coinciding with or next following 90 consecutive days as a Member. |

Eligibility Waiting Period means the period you must be a Member before you become eligible for coverage.

| | |
|---|---|
| STD Benefit: | 100% of the first $2,500 of your Predisability Earnings, reduced by Deductible Income. |
| Maximum: | $2,500 before reduction by Deductible Income. |
| Minimum: | $15 |

Benefit Waiting Period:

| | |
|---|---|
| For Disability caused by accidental Injury: | None |
| For Disability caused by Physical Disease, Pregnancy or Mental Disorder: | 7 days |

Maximum Benefit Period:      365 days

If you are Disabled for less than one full week, we will pay one-seventh of the STD Benefit for each day of Disability.

## MEMBER CONTRIBUTIONS

Coverage is:                Noncontributory

## PLAN DATA

Name, Address of Plan Sponsor:      Piper, Marbury, Rudnick & Wolfe LLP
6225 Smith Ave
Baltimore MD 21209-3600

Plan Sponsor Tax ID Number:      52-0616490

Plan Number:                502

Type of Administration:            Contract

Name, Address, Phone
Number of Plan Administrator:      Plan Sponsor
(410) 580-3000

Source of Plan Funding:            Employer

Funding Medium:                Plan Sponsor's general assets

Plan Records Kept On:            Fiscal Year Basis

Plan Year End Date:            December 31

## STATEMENT OF COVERAGE

If you become Disabled while covered under the Plan, we will pay STD Benefits according to the terms of the Plan after we receive Proof Of Loss satisfactory to us.

(ASC)   ST.IC.OT.1

## BECOMING COVERED

To become covered you must be a Member, complete your Eligibility Waiting Period, and meet the requirements in **Active Work Provisions** and **When Your Coverage Becomes Effective.**

You are a Member if you are:

1. A regular employee of the Employer;

2. Actively At Work at least 22 1/2 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as you are capable of Active Work on those days); and

3. A citizen or resident of the United States or Canada.

You are not a Member if you are a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

Eligibility Waiting Period means the period you must be a Member before you become eligible for coverage. Your Eligibility Waiting Period is shown in the **Coverage Features.**

(ASC_VAR MBR DEF)   ST.BI.OT.1

## WHEN YOUR COVERAGE BECOMES EFFECTIVE

A. When Coverage Becomes Effective

Subject to the **Active Work Provisions**, your coverage becomes effective as follows:

1. Coverage Subject To Medical History

Coverage subject to Medical History becomes effective on the date we approve your Medical History.

2. Coverage Not Subject To Medical History

The **Coverage Features** states whether coverage is Contributory or Noncontributory.

a. Noncontributory Coverage

Noncontributory coverage not subject to Medical History becomes effective on the date you become eligible.

b. Contributory Coverage

You must apply in writing for Contributory coverage and agree to pay Member contributions. Contributory coverage not subject to Medical History becomes effective on:

i. The date you become eligible if you apply on or before that date; or

ii. The date you apply if you apply within 31 days after you become eligible.

Late application: Medical History is required if you apply more than 31 days after you become eligible.

B.  Medical History Requirement

Medical History satisfactory to us is required:

a.  For late application for Contributory coverage.

b.  For Members eligible for more than 31 days but not covered under the Prior Plan.

c.  For reinstatements if required.

Providing Medical History means you must:

1.  Complete and sign our Medical History statement;

2.  Sign our form authorizing us to obtain information about your health;

3.  Undergo a physical examination, if required by us, which may include blood testing; and

4.  Provide any additional information about your medical history that we may reasonably require.

(ASO_VAR EOI)     ST.EF.OT.1

## ACTIVE WORK PROVISIONS

A.  Active Work Requirement

You must be capable of Active Work on the day before the scheduled effective date of your coverage or your coverage will not become effective as scheduled.  If you are incapable of Active Work because of Physical Disease, Injury, Pregnancy or Mental Disorder on the day before the scheduled effective date of your coverage, your coverage will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing with reasonable continuity the Material Duties of your Own Occupation at your Employer's usual place of business.

B.  Changes In Coverage

This Active Work requirement also applies to any increase in your coverage.

(ASO)     ST.AW.OT.1

## WHEN YOUR COVERAGE ENDS

Your coverage ends automatically on the earliest of:

1.  The date the last period ends for which a, contribution was made for your coverage.

2.  The date the Plan terminates.

3.  The date your employment terminates.

4.  The date you cease to be a Member. However, your coverage will be continued during the following periods when you are absent from Active Work, unless it ends under any of the above.

a.  During the first 90 days of a temporary or indefinite administrative or involuntary leave of absence or sick leave, provided your Employer is paying you at least the same Predisability Earnings paid to you immediately before you ceased to be a Member. A period when you are absent from Active Work as part of a severance or other employment termination agreement is not a leave of absence, even if you are receiving the same Predisability Earnings.

b.  During a leave of absence if continuation of your coverage under the Plan is required by a state-mandated family or medical leave act or law.

c.  During any other temporary leave of absence approved by your Employer in advance and in writing and scheduled to last 30 days or less. A period of Disability is not a leave of absence.

(ASO)   ST.EN.OT.1

## REINSTATEMENT OF COVERAGE

If your coverage ends, you may become covered again as a new Member.  However, the following will apply:

1.  If you cease to be a Member because of a covered Disability, your coverage will end.  However, if you become a Member again immediately after the later of the dates in a. and b., below, the Eligibility Waiting Period will be waived.

   a.  The date STD Benefits end;

   b.  If you are covered under a group long term disability plan or group long term disability policy issued by us to the Plan Sponsor, the date long term disability benefits end, provided the long term disability benefits are payable for the same Disability.

2.  If you cease to be a Member because of a Disability that is not covered solely because of your exclusion for work related Disabilities for which worker's compensation benefits are payable, your coverage will end.  However, if you become a Member again immediately, the Eligibility Waiting Period will be waived.

3.  If your coverage ends because you cease to be a Member for any reason other than item 1 or 2 above, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

4.  If your coverage ends because you fail to make a required contribution, you must provide a satisfactory Medical History to become covered again.

5.  If your coverage ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your coverage will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

6.  In no event will coverage be retroactive.

(ASO_NONOCC)   ST.RE.OT.1

## DEFINITION OF DISABILITY

You are Disabled if you meet the following Own Occupation definition of Disability.

You are required to be Disabled only from your Own Occupation.  You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

1.    You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

2.    You suffer a loss of at least 20% in your Predisability Earnings when working in your Own Occupation.

Note:  You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

You may work in another occupation while you meet the Own Occupation definition of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation exceed 80% of your Predisability Earnings.

Your Work Earnings may be Deductible Income.  See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation, that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

(WITH 40_WITH PARTL)    ST.DD.OT.1

## RETURN TO WORK PROVISIONS

A.  Return To Work Responsibility

No STD Benefits will be paid for any period of Disability when you are able to work in your Own Occupation and able to earn at least 20% of your Predisability Earnings, but you elect not to work.

B.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation definition of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if STD Benefits are payable on that date.

Your Work Earnings will be Deductible Income as determined in 1., 2. and 3.

1.  Determine the amount of your STD Benefit as if there were no Deductible Income; and add your Work Earnings to that amount.

2.  Determine 100% of your Predisability Earnings.

3.  If 1. is greater than 2., the difference will be Deductible Income.

C.  Work Earnings Definition

Work Earnings means your gross weekly earnings from work you perform while Disabled, plus the earnings you could receive if you worked as much as you are able to, considering your Disability, in work that is reasonably available in your Own Occupation. Work Earnings includes sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than weekly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1.  Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2.  Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from week to week, we may determine your Work Earnings by averaging your earnings over the most recent four-week period. You will no longer be Disabled when your average Work Earnings over the last four weeks exceed 80% of your Predisability Earnings.

ST.RW.OT.1

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit in an amount agreed to by us, but not to exceed the expenses incurred.

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

ST.RA.OT.1

## TEMPORARY RECOVERY

You may temporarily recover from your Disability during the Maximum Benefit Period, and then become Disabled again from the same cause or causes, without having to serve a new Benefit Waiting Period. Temporary Recovery means you cease to be Disabled for no longer than the applicable allowable period. See **Definition Of Disability**.

A. Allowable Period

The allowable period of recovery during the Maximum Benefit Period is: a total of 30 days of recovery.

B. Effect Of Temporary Recovery

If your Temporary Recovery does not exceed the Allowable Period, the following will apply.

1. The Predisability Earnings used to determine your STD Benefit will not change.

2. The period of Temporary Recovery will not count toward your Maximum Benefit Period.

3. No STD Benefits will be payable for the period of Temporary Recovery.

4. No STD Benefits will be payable after benefits become payable to you under any other disability coverage plan under which you become covered during your period of recovery.

5. Except as stated above, the provisions of the Plan will be applied as if there had been no interruption of your Disability.

(ASO)    ST.TR.OT.2

## WHEN STD BENEFITS END

Your STD Benefits end automatically on the earliest of:

1. The date you are no longer Disabled.

2. The date your Maximum Benefit Period ends.

3. The date you die.

4. The date long term disability benefits become payable to you under a group long term disability plan or group long term disability policy issued by us, even if that occurs before the end of the Maximum Benefit Period.

5. The date benefits become payable to you under any other disability plan under which you become covered through employment during a period of Temporary Recovery.

6. The date you fail to provide proof of continued Disability and entitlement to STD Benefits.

(ASO)   ST.BE.OT.1

## PREDISABILITY EARNINGS

Your Predisability Earnings will be based on your earnings in effect on your last full day of Active Work. Any subsequent change in your earnings will not affect your Predisability Earnings.

A. Partners, P.C. Partners, Owner-Employees, Sole Proprietors and S-Corporation Shareholders

If you are a Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder, Predisability Earnings means your average weekly compensation from your Employer during the Employer's prior tax year. If you are a P.C. Partner, Predisability Earnings means the average weekly compensation received by your professional corporation from the Plan Sponsor during the Plan Sponsor's prior tax year. Your average weekly compensation is determined by adding the following amounts as reported on the applicable Schedule K-1, Schedule C, Form W-2 or S-Corporation federal income tax return, and dividing by 52(or by the number of weeks you were a Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder if less than 52):

1. Your ordinary income from trade or business activity(ies).

2. Your guaranteed payments, if you are a Partner.

3. Your net profit from business.

4. Your compensation (as an officer), salary, or wages, if you are an S-Corporation Shareholder.

If you were not a Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder during the entire prior tax year, your Predisability Earnings will be your average weekly compensation for your period as a Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder.

B. All Other Members

Predisability Earnings means your weekly rate of earnings from your Employer, including:

1. Commissions averaged over the prior 52 weeks or over the period of your employment if less than 52 weeks.

2. Shift differential pay.

Predisability Earnings does not include:

1. Bonuses.

2. Overtime pay.

3. Any other extra compensation.

If you are paid on an annual contract basis, your weekly rate of earnings is one fifty-second (1/52nd) of your annual contract salary.

If you are paid hourly, your weekly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per week, but not more than 40 hours. If you do not have regular work hours, your weekly rate of earnings is based on the average number of hours you worked per week during the preceding 52 calendar weeks (or during your period of employment if less than 52 weeks), but not more than 40 hours.

C. All Members

Predisability Earnings includes:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), 408(p), or 457 deferred compensation arrangement; or

   b. An executive nonqualified deferred compensation arrangement.

2. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings does not include your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

(K1_ASO_REG WITH COM)    ST.PD.OT.1

## DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income,** Deductible Income means:

1. Your Work Earnings, as described in the **Return To Work Provisions.**

2. Any amount you receive or are eligible to receive because of your disability under a state disability income benefit law or similar law.

3. Any amount you receive or are eligible to receive because of your disability under another group coverage.

4. Any disability or retirement benefits you receive under your Employer's retirement plan.

5. Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while STD Benefits are payable.

6. Any amount you receive or are eligible to receive under any unemployment compensation law or similar act or law.

7. Any amount you receive or are eligible to receive from or on behalf of a third party because of your disability, whether by judgement, settlement or other method. If you notify us before filing suit or settling your claim against such third party, the amount used as Deductible Income will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees.

8. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

(ASO_PRIV_NONOCC_WITH RTW_NO OTHR OFFST_WITH 3RD)    ST.DI.OT.1

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Benefits from any individual disability insurance policy.

5. Group credit or mortgage disability insurance benefits.

6. Accelerated death benefits paid under a life coverage plan or life insurance policy.

7. Benefits from group insurance available through your professional association.

8. Benefits from the following:

   a. Profit sharing plan.

   b. Thrift or savings plan.

   c. Deferred compensation plan.

   d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

   e. Individual Retirement Account (IRA).

   f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

   g. Stock ownership plan.

   h. Keogh (HR-10) plan.

   i. Retirement plan under a professional service corporation with respect to principals.

9. The following amounts under your Employer's retirement plan:

   a. A lump sum distribution of your entire interest in the plan.

   b. Any amount which is attributable to your contributions to the plan.

   c. Any amount you could have received upon termination of employment without being disabled or retired.

(ASO_PRIV_PROF_NO OTHR OFFST)    ST.ED.OT.1

## RULES FOR DEDUCTIBLE INCOME

A. Weekly Equivalents

Each week we will determine your STD Benefit using the Deductible Income for the same weekly period, even if you actually receive the Deductible Income in another week.

If you are paid Deductible Income in a lump sum or by a method other than weekly, we will determine your STD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

B. Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be eligible. We may ask for written documentation of your pursuit of Deductible Income. You must provide it within 60 days after we

mail you our request. Otherwise, we may reduce your STD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

C. Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable. You must notify us of the amount of the Deductible Income when it is approved. You must repay us for the resulting overpayment of your claim.

D. Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability plan or group disability insurance policy issued by us. You must immediately repay us. You will not receive any STD Benefits until we have been repaid in full. In the meantime, any STD Benefits paid, including the Minimum STD Benefit, will be applied to reduce the amount of the overpayment. We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

ST.RU.OT.1

## SUBROGATION

If STD Benefits are paid or payable to you under the Plan as the result of any act or omission of a third party, we will be subrogated to all rights of recovery you may have in respect to such act or omission. You must execute and deliver to us such instruments and papers as may be required and do whatever else is needed to secure such rights. You must avoid doing anything that would prejudice our rights of subrogation.

If you notify us before filing suit or settling your claim against such third party, the amount to which we are subrogated will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees. If suit or action is filed, we may record a notice of payments of STD Benefits, and such notice shall constitute a lien on any judgement recovered.

If you or your legal representative fail to bring suit or action promptly against such third party, we may institute such suit or action in our name or in your name. We are entitled to retain from any judgement recovered the amount of STD Benefits paid or to be paid to you or on your behalf, together with our costs of recovery, including attorney fees. The remainder of such recovery, if any, shall be paid to you or as the court may direct.

(ASO)  ST.SG.OT.1

## BENEFITS AFTER COVERAGE ENDS OR IS CHANGED

During each period of continuous Disability, we will pay STD Benefits according to the terms of the Plan in effect on the date you become Disabled. Your right to receive STD Benefits will not be affected by:

1. Any amendment to the Plan that is effective after you become Disabled; or

2. Termination of the Plan after you become Disabled.

ST.BA.OT.1

## EFFECT OF NEW DISABILITY

If a period of Disability is extended by a new cause while STD Benefits are payable, STD Benefits will continue while you remain Disabled.  However, 1 and 2 below will apply.

1.  STD Benefits will not continue beyond the end of the original Maximum Benefit Period.

2.  All provisions of the Plan, including the **Disabilities Excluded From Coverage** and **Limitations** sections, will apply to the new cause of Disability.

(ASO)  ST.ND.OT.1

## DISABILITIES EXCLUDED FROM COVERAGE

A.  War

You are not covered for a Disability caused or contributed to by War or any act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

B.  Intentionally Self-Inflicted Injury

You are not covered for a Disability caused or contributed to by an intentionally self-inflicted Injury, while sane or insane.

C.  Work Related

You are not covered for a Disability arising out of or in the course of any employment for wage or profit.

D.  Violent Or Criminal Conduct

You are not covered for a Disability caused or contributed to by your committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.  Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

E.  Loss Of License Or Certification

You are not covered for a Disability caused or contributed to by the loss of your professional license, occupational license or certification.

(NONOCC)  ST.XD.OT.1

## LIMITATIONS

A.  Care Of A Physician

You must be under the ongoing care of a Physician in the appropriate specialty as determined by us during the Benefit Waiting Period.  No STD Benefits will be paid for any period of Disability when you are not under the ongoing care of a Physician in the appropriate specialty as determined by us.

B.  Occupational Benefits

No STD Benefits will be paid for any period when you are eligible to receive benefits for your Disability under a workers' compensation law or similar law.  If your claim for these benefits is accepted, compromised or settled (whether disputed or undisputed), you must repay us for the full amount of any payments we make to you while your claim for occupational benefits is pending.

C. Paid Sick Leave Or Other Salary Continuation

No STD Benefits will be paid for any period when you are receiving paid sick leave pay, annual or personal leave pay, or other salary continuation, including donated amounts, (but not vacation pay) from your Employer.

D. Imprisonment

No STD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

E. Return To Work Responsibility

No STD Benefits will be paid for any period of Disability when you are able to work in your Own Occupation and able to earn at least 20% of your Predisability Earnings, but you elect not to work.

F. Rehabilitation Program

No STD Benefits will be paid for any period of Disability when you are not participating in good faith in a plan, program or course of medical treatment or vocational training or education approved by us  unless your Disability prevents you from participating.

(ASO_NONOCC_RTW RSP_MAND REHB)    ST.LM.OT.1

## CLAIMS

A. Filing A Claim

Claims should be filed on our forms.  If you do not receive our forms within 15 days after you ask for them, you may submit your claim in a letter to us.  The letter should include the date Disability began, and the cause and nature of the Disability.

B. Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period.  If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period.  If Proof Of Loss is filed outside these time limits, your claim will be denied. These limits will not apply while you lack legal capacity.

C. Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to STD Benefits.  Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.

D. Documentation

At your expense, you must submit completed claims statements, your signed authorization for us to obtain information, and any other items we may reasonably require in support of your claim.  If you do not provide the documentation within 60 days after we mail you our request, your claim may be denied.

E. Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice.  We may deny or suspend STD Benefits if you fail to attend an examination or cooperate with the examiner.

F.  Time Of Payment

We will pay STD Benefits within 60 days after you satisfy Proof Of Loss.

STD Benefits will be paid to you at the end of each week you qualify for them.  STD Benefits remaining unpaid at your death will be paid to your estate.

G.  Notice Of Decision On Claim

You will receive a written decision on your claim within a reasonable time after we receive your claim.

If you do not receive our decision within 90 days after we receive your claim, you will have an immediate right to request a review as if your claim had been denied.

If we deny any part of your claim, you will receive a written notice of denial containing:

1.  The reasons for our decision;

2.  Reference to the parts of the Plan on which our decision is based;

3.  A description of any additional information needed to support your claim; and

4.  Information concerning your right to a review of our decision.

H.  Review Procedure

If all or part of a claim is denied, you may request a review.  You must request a review in writing within 60 days after receiving notice of the denial.

When you request a review, you may send us written comments or other items to support your claim.  You may review any non-privileged information that relates to your request for review.

We will review your claim promptly after we receive your request.  We will send you a notice of our decision within 60 days after we receive your request, or within 120 days if special circumstances require an extension.  We will state the reasons for our decision and refer you to the relevant parts of the Plan.

I.  Assignment

The rights and benefits under the Plan are not assignable.

(ASO)  ST.CL.OT.1

## ALLOCATION OF AUTHORITY

Except for those functions which the Plan specifically reserves to the Plan Sponsor or Employer, we have full and exclusive authority to control and manage the Plan, to administer claims, and to interpret the Plan and resolve all questions arising in its administration, interpretation, and application of the Plan.

Our authority includes, but is not limited to:

1.  The right to resolve all matters when a review has been requested;

2.  The right to establish and enforce rules and procedures for the administration of the Plan and any claim under it;

3.  The right to determine:

a.  Eligibility for coverage;

b.  Entitlement to benefits;

c.  Amount of benefits payable;

d. Sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Plan, any decision we make in the exercise of our authority is conclusive and binding.

(ASO)   ST.AL.OT.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given us Proof Of Loss. No such action may be brought more than three years after the earlier of:

1. The date we receive Proof Of Loss; and

2. The time within which Proof Of Loss is required to be given.

ST.TL.OT.1

## CLERICAL ERROR, AGENCY AND MISSTATEMENT

A. Clerical Error

Clerical error by the Plan Sponsor, your Employer, or their respective employees or representatives will not:

1. Cause a person to become covered.

2. Invalidate coverage under the Plan otherwise validly in force.

3. Continue coverage under the Plan otherwise validly terminated.

B. Agency

The Plan Sponsor and your Employer act on their own behalf as your agent, and not as our agent. The Plan Sponsor and your Employer have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Plan.

C. Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of the cost of coverage, benefits, or both. The adjustment will be based on:

1. The amount of coverage based on the correct age; and

2. The difference between the amount paid and the amount which would have been paid if the age had been correctly stated.

(ASO)   ST.CE.OT.1

## TERMINATION OR AMENDMENT OF THE PLAN

The Plan may be terminated by us or the Plan Sponsor according to its terms. It will terminate automatically for nonpayment of premium. The Plan Sponsor may terminate the Plan in whole, and may terminate coverage for any class or group of members, at any time by giving us written notice.

Benefits under the Plan are limited to its terms, including any valid amendment. No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Plan Sponsor for attachment to the Plan. If the terms of the certificate differ from the Plan, the terms stated in the Plan will govern. The Plan Sponsor, your Employer, and their respective employees or representatives have no right or authority to change or amend the Plan or to waive any of its terms or provisions without our signed written approval.

We may change the Plan in whole or in part when any change or clarification in law or governmental regulation affects our obligations under the Plan, or with the Plan Sponsor's consent.

Any such change or amendment of the Plan may apply to current or future Members or to any separate classes or groups of Members.

(ASO)    ST.TA.OT.1

## DEFINITIONS

**Benefit Waiting Period** means the period you must be continuously Disabled before STD Benefits become payable. No STD Benefits are payable for the Benefit Waiting Period. See **Coverage Features**.

**Contributory** means coverage under the Plan is elective and Members pay all or part of the cost of coverage.

**Employer** means an employer (including approved affiliates and subsidiaries) for which coverage under the Plan is approved in writing by us.

**Hospital** means a legally operated hospital providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

**Injury** means an injury to the body.

**Maximum Benefit Period** means the longest period for which STD Benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins at the end of the Benefit Waiting Period. No STD Benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See **Coverage Features**.

**Mental Disorder** means any mental, emotional, behavioral, psychological, personality, cognitive, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome, regardless of cause (including any biological or biochemical disorder or imbalance of the brain) or the presence of physical symptoms. Mental Disorder includes, but is not limited to, bipolar affective disorder, organic brain syndrome, schizophrenia, psychotic illness, manic depressive illness, depression and depressive disorders, anxiety and anxiety disorders.

**Noncontributory** means (a) coverage is nonelective and the Plan Sponsor or Employer pay the entire cost of coverage; or (b) the Plan Sponsor or Employer require all eligible Members to have insurance and to pay all or part of the cost of coverage.

**Physical Disease** means a physical disease entity or process that produces structural or functional changes in your body as diagnosed by a Physician.

**Physician** means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent, or child of either you or your spouse.

**Plan** means the group short term disability income benefit plan established by Plan Sponsor and indentified by the ASO Number.

**Pregnancy** means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

**Prior Plan** means your Employer's short term disability plan in effect on the day before the effective date of your Employer's coverage under the Plan and which is replaced by the Plan.

**STD Benefit** means the weekly benefit payable to you under the terms of the Plan.

(ASO)    ST.DF.OT.1

STDP2000X  (ASO)

## AMENDMENT NO. 1

Attached to and made a part of Plan Document 641690-A describing the Short Term Disability
Coverage Plan adopted by Piper Marbury Rudnick & Wolfe LLP as Plan Sponsor.

Effective as of the applicable dates below the Plan Document is amended as follows:

1. Effective April 1, 2002, Piper Rudnick LLP A New Jersey Limited Liability Partnership is added as
   an Employer in the General Policy Information portion of the **Coverage Features**.

2. Effective April 1, 2002, the Becoming Insured portion of the **Coverage Features** is amended to
   provide that the Eligibility Waiting Period is waived on April 1, 2002 for persons employed by Piper
   Rudnick LLP A New Jersey Limited Liability Partnership who become Members on April 1, 2002.

3. Effective April 8, 2002, the Policy Cover is amended to provide the following:

   Policyowner:                    Piper Rudnick LLP

4. Effective April 8, 2002, the General Policy Information portion of the **Coverage Features** is
   amended to provide the following:

   Policyowner:                    Piper Rudnick LLP

   Employer(s):                    Piper Rudnick LLP
                                   Piper Rudnick LLP A New Jersey Limited Liability
                                   Partnership

STANDARD·INSURANCE COMPANY

By

President                                      Corporate Secretary

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company

900 SW Fifth Avenue
Portland, Oregon 97204-1282
(503) 321-2700

*People. Not Just Policies.*®

## ADMINISTRATIVE SERVICES AGREEMENT

| | |
|---|---|
| Plan Sponsor: | Piper Marbury Rudnick & Wolfe LLP |
| Plan Administrator: | Plan Sponsor |
| Claims Administrator: | Standard Insurance Company |
| ASO Number: | 641690-A |
| Effective Date: | January 1, 2001 |
| State of Issue: | Missouri |

Plan Sponsor has adopted a self-funded disability income benefit plan (Plan) for certain of its employees. Plan Sponsor is solely responsible for all risks, liabilities, benefits and claims under the Plan.

Plan Sponsor has requested Standard to provide administrative services to the Plan as described in this Agreement. Standard is willing to provide such services, according to the terms of this Agreement, without assuming any financial responsibility under the Plan.

Standard's willingness to provide administrative services is conditioned upon Plan Sponsor's agreement that Standard is not responsible for any risk, liability, benefit or claim under the Plan and upon Plan Sponsor's agreement to hold harmless, defend, and indemnify Standard as provided in the **Indemnification Agreement** section of this Agreement.

In consideration of the foregoing and the mutual promises and covenants contained herein, Plan Sponsor and Standard enter into the following Agreement.

# SPECIFICATIONS

SCHEDULE OF FEES

INITIAL CONTRACT FEE. The Initial Contract Fee shall be $250.

CLAIM FEE. The Claim Fee shall be $350 per claim for benefits under the Plan submitted to Standard for processing and approval or denial during the preceding calendar month.

ADDITIONAL FEES. Additional Fees may be charged to Plan Sponsor upon mutual agreement between Plan Sponsor and Standard.

DUE DATES. The Initial Contract Fee is due and payable on the date of execution of this Agreement. All other fees are due and payable on the first day of the calendar month following the mailing of the notice by Standard to Plan Sponsor of the amount owed.

# FINAL AUTHORITY

Plan Sponsor hereby appoints Standard to act on its behalf as Claims Administrator for the Plan with respect to claims for benefits submitted to Standard for administration and management and which are accepted by Standard. Plan Sponsor hereby delegates to Standard discretionary authority to make initial decisions to approve, deny or close such claims for benefits, including determination of eligibility for coverage and entitlement to benefits, and may include determining the amount of benefits payable. With respect to such claims, Standard shall have authority to interpret the Plan and resolve all questions arising in the administration, interpretation, and application of the Plan, as described in the Plan's Allocation of Authority provision.

For all claims initially denied by Standard and for all approved claims that are subsequently closed, Standard will provide an independent review, if requested by the claimant as provided in the appeal provisions of the Plan. Thereafter, Plan Sponsor may elect to hear and decide any further appeals requested by claimants. However, in all cases Plan Sponsor retains the final authority to reverse the decision to approve any claim it reasonably believes is not payable under the terms of the Plan or to approve for payment any denied or closed claim it reasonably believes is payable under the terms of the Plan.

Plan Sponsor retains full financial responsibility for the Plan and its operation. Plan Sponsor is the Plan Administrator for purposes of the Employee Retirement Income Security Act of 1974 (ERISA) or similar state law.

Standard is empowered to act on behalf of Plan Sponsor in connection with the Plan only as expressly stated in this Agreement. Standard has no authority or obligation with respect to (1) Plan Sponsor's right of subrogation under the Plan, or (2) management or investment of the assets of the Plan. In performing its obligations under this Agreement, Standard is acting solely as the agent of Plan Sponsor. Standard will exercise ordinary care and reasonable diligence in the performance of its duties under this Agreement, but will not be liable for any mistake of judgment or other action taken in good faith. Standard shall not serve as a fiduciary as that term is defined in ERISA, or as any other type of fiduciary.

# INDEMNIFICATION AGREEMENT

A. Indemnification by Plan Sponsor: Plan Sponsor undertakes and agrees to indemnify, defend, and hold harmless Standard, its directors, officers, and employees from any and all, liabilities, claims, lawsuits, administrative proceedings, settlements, compromises, judgments, penalties, costs and expenses, including but not limited to, attorney's fees, pretrial discovery, deposition and investigation expenses, compensatory, consequential, special, exemplary and punitive damages arising out of or relating to, in whole or in part, (1) the financial responsibility of Plan Sponsor for

the risks, liabilities and benefits of the Plan, (2) any negligent act or omission, criminal conduct or fraud, or function of Plan Sponsor under the Plan or this Agreement, or (3) any function of Standard under this Agreement not caused by the negligent act or omission, criminal conduct or fraud of Standard in performing its obligations under this Agreement.

B. Indemnification by Standard: Except as provided in section C below, Standard undertakes and agrees to indemnify, defend, and hold harmless Plan Sponsor, its directors, officers and employees from any and all liabilities, claims, lawsuits, administrative proceedings, settlements, compromises, judgments, penalties, costs and expenses, including but not limited to, attorney's fees, pretrial discovery, deposition and investigation expenses, compensatory, consequential, special, exemplary and punitive damages, arising out of or relating to, in whole or in part, any negligent act or omission, criminal conduct or fraud of Standard in performing its obligations under this Agreement.

C. Taxes: Notwithstanding any other provision of this Agreement to the contrary, Standard agrees to pay all federal, state, and local corporate income and excise taxes (and interest and penalties which may be assessed thereon) which are due from Standard because of the receipt by Standard of amounts due it pursuant to the **Schedule Of Fees** section of this Agreement.

Plan Sponsor specifically agrees to indemnify, defend and hold Standard harmless from any and all other tax liabilities, claims or assessments for federal, state, or local taxes (and interest and penalties which may be assessed thereon), including but not limited to, premium or similar taxes, which may become due or may be assessed against Standard because of the receipt by Standard of amounts paid or due pursuant to the **Schedule Of Fees** section of this Agreement, or attribution to Standard of any benefits paid under the Plan, or because of any other cause for which Plan Sponsor is obligated to indemnify Standard under this Agreement. Plan Sponsor shall, at its option, either:

1) Challenge any such tax liability, claim or assessment on behalf of Standard; or

2) Pay to Standard the amount of taxes and any interest and penalties assessed thereon which are due or assessed or claimed to be due. Standard will provide written notice to Plan Sponsor of the amount due or assessed or claimed to be due, and Plan Sponsor will pay Standard that amount within 15 days of the mailing of the notice of the amount due or assessed or claimed to be due. Payment pursuant to this paragraph shall release Plan Sponsor from any further obligations under this section with respect to the tax claim or assessment which was paid.

D. Agreement to Defend: The party indemnifying under sections A, B or C above shall defend the party indemnified from any liability, claim, lawsuit, or administrative proceeding brought or filed against the latter in respect to the matters embraced by the indemnity, regardless of whether such liability, claim, lawsuit, or administrative proceeding is rightfully or wrongfully brought or filed. The party indemnifying agrees that the party indemnified may employ attorneys of its own selection to appear and defend such liability, claim, lawsuit, or administrative proceeding on its behalf, at the expense of the party indemnifying. The party indemnified, at its option, shall have the sole authority for the direction of defense, and shall be the sole judge of the acceptability of any compromise or settlement of any liability, claim, law suit or administrative proceeding against it.

E. Notice of Suit: Each party shall promptly give the other written notice of any claim, law suit, or administrative proceeding concerning a claim for benefits under the plan or any other matter embraced by the indemnity. The parties shall cooperate fully in the defense of any such claim, suit, or proceeding.

## OBLIGATIONS OF PLAN SPONSOR

A. Plan Sponsor shall:

1) Submit to Standard for administration and management such claims for benefits under the Plan as Plan Sponsor may select.

2) Furnish any information reasonably required by Standard to carry out its duties under this Agreement.

3) Establish and maintain such accounts and records as may be required in accordance with this Agreement.

4) Provide certification in writing on a claim form of the eligibility for benefits of the claimant as required by Standard.

5) Pay benefits according to the terms of the Plan.

6) File with Standard all amendments or modifications to the Plan at least 60 days prior to the proposed effective date of the change. Standard shall have no obligation to administer any such change unless and until approved by Standard. Standard retains the right to modify the **Schedule Of Fees** to reflect any additional services or expenses required by such change.

7) Provide Standard in writing with the names of individuals authorized to act for Plan Sponsor in connection with this Agreement, together with a statement of the extent of their authority.

8) Identify Standard as Claims Administrator and include the following statement of Standard's function as Claims Administrator in the Plan document, Summary Plan Descriptions, descriptive booklets, certificates of coverage and similar material distributed to Plan participants:

"Plan Sponsor has retained Standard Insurance Company to act on its behalf as Claims Administrator for the Plan with respect to all claims for benefits submitted to Standard for administration and management. Standard shall receive, process, investigate and evaluate claims for benefits. Standard has discretionary authority to make initial decisions to approve, deny or close claims for benefits. Standard is also authorized to review and decide appeals of denied or closed claims, if requested by claimants as provided in the appeal provision of the Plan. Thereafter, Plan Sponsor may elect to hear and decide any further appeals by claimants. In each case, Plan Sponsor retains the right of final review and decision on all claims and appeals."

"Standard will also perform certain administrative services for the Plan, including advising and assisting Plan Sponsor with preparation and revision of the Plan and providing actuarial services. Standard has no authority or obligation with respect to management or investment of the assets of the Plan or Plan Sponsor's right of subrogation under the Plan."

9) Make no use of Standard's name in connection with the Plan and its administration which is not approved in writing by Standard and shall submit plan summaries, descriptive booklets, certificates of coverage and similar material to Standard for review and approval prior to distribution to Plan participants.

10) Review Standard's claim and appeal decisions in a timely manner. If Plan Sponsor fails to notify Standard in writing of any objection it may have to any such decision within three months after notice thereof is given by Standard, Plan Sponsor shall be deemed to have waived such objection and shall be conclusively presumed to have ratified and approved Standard's decision.

B. Standard shall not be considered to have failed to perform its obligations under this Agreement if any delay or nonperformance on its part is due, in whole or in part, to Plan Sponsor's failure to discharge its own obligations promptly.

## ADMINISTRATIVE AND CORRELATIVE SERVICES

A. Administrative Services.

Standard shall:

1) Advise and assist Plan Sponsor with regard to the initial preparation of the Plan, if requested, and recommend subsequent revisions as may be appropriate.

2) Advise and assist Plan Sponsor with regard to the preparation and review of plan summaries, descriptive booklets, certificates of coverage and similar material for distribution to covered employees, if requested. Standard will not be designated as the Plan Administrator or a named fiduciary in the Plan or any such summaries, booklets, certificates or materials. Standard shall not be responsible for distribution to Plan participants or for filing with any governmental agency descriptions of the Plan or modification of the Plan as may be required by law, but may distribute such materials as it deems necessary to protect itself from liability.

3) Provide no underwriting or advertising services.

B. Actuarial Services.

Standard shall provide cost estimates for any changes in the Plan, if requested.

C. Claim Services.

Standard shall:

1) Advise and assist Plan Sponsor on procedures to be followed in submission of claims, including the preparation of forms necessary for submission and processing of claims.

2) Accept for processing and approval or denial all claims for benefits under the Plan submitted to Standard and for which proof of claim is furnished in form satisfactory to Standard.

3) Create and maintain a current and complete claim file for any claim presented to Standard for administration under the Plan.

4) Review and adjudicate claims submitted and notify claimants and Plan Sponsor in writing of its decisions, subject to Plan Sponsor's right of final review and decision on all claims.

5) Submit to Plan Sponsor all claims it may request to review.

6) Investigate claims and have medical and vocational examinations of claimants performed as Standard deems advisable.

7) Advise claimants concerning the need to apply for benefits that are deductible under the Plan and periodically verify application for or receipt of such deductible benefits.

8) Review claims to determine continued eligibility for benefits as frequently as claimant's condition warrants.

9) Investigate and process written requests, inquiries or other information received on an appeal of a denied claim. Review and adjudicate appeals of denied claims and notify claimants and Plan Sponsor in writing of its decision, subject to Plan Sponsor's right of final review and decision on all appeals.

10) Provide Plan Sponsor with periodic listings of all submitted claims recommended for payment, upon written request.

## RECORDS AND CLAIM FILES

A. All claim files, records, reports, and other information prepared and maintained by Standard pursuant to this Agreement shall be the sole property of Plan Sponsor, subject to Standard's right to retain copies of any such information.

B. Plan Sponsor shall have the right to inspect any claim file and any other record or report prepared and maintained by Standard pursuant to this Agreement during regular business hours upon reasonable written notice to Standard.

C. All claim files and other records and reports prepared and maintained by Standard pursuant to this Agreement shall be confidential. Standard shall take such measures as are reasonably necessary to preserve the confidentiality of such claim files, records and reports. No individually identifiable information will be released from any such claim file, except as follows:

   1) In response to a court order.

   2) For an examination conducted by the insurance regulatory authorities of the State of Issue.

   3) For an audit or investigation conducted under the Employee Retirement Income Security Act of 1974.

   4) At the request of Plan Sponsor.

   5) With the written consent of the identified individual or his or her legal representative.

   Pursuant to the **Obligations Of Plan Sponsor** section of this Agreement, Plan Sponsor shall designate employees or agents who are authorized to receive individually identifiable claim information on behalf of Plan Sponsor. Standard may rely upon such authorizations until receipt of written instructions changing such authorizations.

D. Any individually identifiable claim information released to Plan Sponsor pursuant to this Agreement shall be treated as confidential. Plan Sponsor shall protect such information from unauthorized disclosure.

E. Claim files, records, reports and other information prepared and maintained by Standard pursuant to this Agreement may be destroyed by Standard at anytime after seven years. With respect to claim files, the seven-year period begins on the date benefits cease to be paid to the claimant. Plan Sponsor may receive an inactive claim file at anytime within the first 60 days after benefits cease by sending a written request to Standard and payment of Standard's reasonable shipping and handing costs.

F. Upon termination of this Agreement:

   1) Standard may retain any open or active claim files as provided in item F. of the **Term And Termination** section of this Agreement. Any such files not retained by Standard shall be sent to Plan Sponsor or its successor administrator promptly upon payment of Standard's reasonable shipping and handling costs. Plan Sponsor shall provide satisfactory proof that any successor administrator is licensed as required by law.

   2) Standard shall retain all inactive claim files and other records and reports relating to such claims and prepared and maintained by Standard pursuant to this Agreement, and may destroy such files, etc. as provided in item E. of this section. Plan sponsor may obtain possession of such extant claim files, records and reports upon written request to Standard and payment of Standard's reasonable shipping and handling costs. Plan Sponsor acknowledges that locating and processing such files and records may be difficult and time consuming and will substantially increase the shipping and handling costs it is obligated to pay.

## SCHEDULE OF FEES

A. Fees

Plan Sponsor shall pay fees to Standard in connection with Standard's services under this Agreement according to the **Schedule Of Fees** in the **Specifications.**

B. Change in Fee Rates

1) Standard may change the amount, the method of determination, or both, of any fees not yet due, when a change in any law or regulation affects the manner in which Standard performs any function under this Agreement. The amount, the method of determination, or both, of any fees not yet due may also be changed upon mutual agreement between Plan Sponsor and Standard.

2) Standard may change the amount, the method of determination, or both, of any fees not yet due, upon 90 days written notice to Plan Sponsor. Except as provided in Paragraph 1) of this section, no such change in fees shall be made more than once in any Contract Year, provided that this limitation shall not apply to any changes in fees in connection with any change in the terms of this Agreement or the Plan.

## INTEREST ON LATE PAYMENTS

Plan Sponsor shall pay Standard interest at a rate equal to the Wells Fargo Bank and Co. prime rate plus two percent (2%) per annum, or the highest rate permitted by applicable law, whichever is less, on any sums payable to Standard pursuant to this Agreement which are not paid by Plan Sponsor on or before the date on which such sums are due, time being of the essence of this Agreement.

## AMENDMENT

This Agreement constitutes the entire contract between the parties, superseding all prior or contemporaneous written or oral understandings and agreements. No modification or amendment of this Agreement shall be valid unless made in writing and signed by each party.

## ASSIGNMENT AND MISCELLANEOUS PROVISIONS

A. Neither party shall assign this contract without the prior written consent of the other party.

B. Standard will not be bound by any notice, direction, requisition, or request unless and until it is received in writing at Standard's Home Office at Portland, Oregon.

C. This Agreement shall be deemed to have been entered into in the State of Issue, and all questions concerning validity, interpretation, or performance of any of its terms or provisions or of any rights or obligations of the parties to this Agreement, shall be governed by and resolved in accordance with the laws of that state, except as such laws are preempted by ERISA.

D. Captions of the parts, sections, and paragraphs of this Agreement are for convenience and reference only, and the words contained in such captions shall in no way be employed to explain, modify, amplify, or aid in the interpretation, construction, or meaning of the provisions of this Agreement.

E. Standard has not and will not provide legal advice, legal opinions or other legal services to Plan Sponsor in establishing or maintaining the Plan or relative to this Agreement. Plan Sponsor will rely solely upon the advice of its own legal counsel in evaluating the legal aspects of the Plan and this Agreement.

## TERM AND TERMINATION

A. Contract Years are successive twelve month periods computed from the effective date of this Agreement. The date of termination of this Agreement, unless otherwise specified, shall be deemed to be the last day of a Contract Year.

B. This Agreement may be terminated by either party upon sixty (60) days written notice of termination provided to the other party.

C. This Agreement will terminate automatically on the date of termination of any group long term disability insurance policy issued to Plan Sponsor by Standard.

D. Plan Sponsor's failure to pay Fees pursuant to **Schedule Of Fees** or to pay benefits as required by the Plan, or Plan Sponsor's failure to fulfill its obligations under **Indemnification Agreement**, shall cause immediate termination of this Agreement upon written notice by Standard to be delivered to Plan Sponsor at its last known address.

E. After the termination of this Agreement, except as provided in item F. below Standard shall have no further obligation of any nature or kind for any pending or ongoing claims which were received or were being administered by Standard prior to the termination date.

F. Notwithstanding termination of this Agreement, Standard may at its option continue to provide claim services with respect to any claim for benefits under the Plan with an incurred date occurring or before the date of termination. Plan Sponsor shall see to it that any such claim is immediately sent to Standard. Standard may administer any such claim until it determines the claim is inactive. The terms and provision of this Agreement shall continue to apply where applicable to the runoff of such claims, specifically including Plan Sponsor's obligation to make funds available for payment of benefits.

G. Notwithstanding any other provision of this Agreement to the contrary, the provisions of the **Indemnification Agreement** and **Litigation Expenses** sections will not be affected by the termination of this Agreement and will remain in full force and effect.

## LITIGATION EXPENSES

If litigation arises out of this Agreement, the prevailing party shall be entitled to recover legal expenses, including but not limited to, attorney's fees, pretrial discovery, deposition and investigation expenses, and other expenses reasonably and necessarily incurred in such litigation at the trial and appellate court levels.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be executed in duplicate by their respective officers duly authorized to do so.

Plan Sponsor:

By _____     Date _____

By _____     Date _____

STANDARD INSURANCE COMPANY

By

President                                   Corporate Secretary

STASOAG2

2007-05-0105 11                3122805917 >>                                                                                    P2/2

DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Tracey McLaughlin
tracey.mclaughlin@dlapiper.com
T   410 580 4871
F   410 580 3571

May 1, 2007


Mr  Kevin Garvey
680 North Lake Shore Drive,
Apt  9M
Chicago, IL 60611

Re:    LTD Policy and PREP Plan

Dear Kevin

Pursuant to your request, I have reviewed the sections of the Standard Insurance Company Group Long Term Disability Insurance Policy Number 641252-A, headed "DEDUCTIBLE INCOME" and "EXCEPTIONS TO DEDUCTIBLE INCOME "  I am also familiar with DLA Piper's Partners' Retirement Equity Plan ("PREP") pursuant to which you are paid $4,605 68 per month   PREP is a non-qualified deferred compensation plan under Section 409(A) of the Internal Revenue Code  Therefore, all of the monthly benefits paid to you pursuant to PREP are an exception to "Deductible Income" under item 8 c  of the "EXCEPTIONS TO DEDUCTIBLE INCOME" section of the Policy

Please let me know if you have any questions or need additional information


Very truly yours,

**DLA Piper US LLP**


Tracey McLaughlin
Director of Compensation & Benefits