**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | | |
|---|---|---|
| NAME (Type or print) | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>        s/ | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES          NO | | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES          NO | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO | | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES          NO | | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL | | |

**CERTIFICATE OF SERVICE**

        I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the following:

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois  60603
(312) 372-5200
(312 372-2778 Fax
dabryant@ddbchicago.com

 

                                     /s/ Michael J. Smith
                                     Michael J. Smith, ARDC No. 2649691
                                     Smith, von Schleicher & Associates
                                     39 S. LaSalle St., Suite 1005
                                     Chicago, Illinois  60603
                                     (312) 541-0300
                                     (312) 541-0933 Fax
                                     michael.smith@svs-law.com