IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J. KEVIN GARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PIPER RUDNICK LLP LONG TERM | ) |
| DISABILITY INSURANCE PLAN; | ) |
| STANDARD INSURANCE COMPANY, | )    No. 1:08-cv-01093 |
| a subsidiary of STANCORP FINANCIAL | )    Judge Joan Humphrey Lefkow |
| GROUP, INC. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR A STATUS HEARING

Now comes the plaintiff, J. KEVIN GARVEY, by his attorney, and moves this court to

set a status hearing in this matter.  In support thereof, movant states:

1.    On February 12, 2008, the Oregon District Court ordered that this action be

transferred to the Northern District of Illinois.

2     Parties are in the process of settlement discussions.

3.    Plaintiff asks this court to set status hearing and scheduling conference dates.

WHEREFORE, Plaintiff prays that the court grant his motion and set a status hearing.

s/ David A. Bryant_____
David A. Bryant
Attorney for Kevin Garvey

Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200
(312) 372-2778 (fax)

## CERTIFICATE OF SERVICE

TO:    Michael J. Smith
       Warren von Schleicher
       Smith, von Schleicher & Associates
       39 S. LaSalle St., Suite 1005
       Chicago, Illinois 60603

       and

       Katherine S. Somervell
       Bullivant, Houser Bailey PC
       300 Pioneer Tower
       888 SW Fifth Avenue
       Portland, Oregon 97204-2089

       I hereby certify that on August 12, 2008, I electronically filed the foregoing with the
Clerk of the Court using the ECF system that will send notification of such filing to the above
listed attorneys.


                                              s/ David A. Bryant_____
DALEY, DE BOFSKY & BRYANT          David A. Bryant
55 West Monroe Street, Suite 2440       Attorney for Plaintiff
Chicago, Illinois 60603
(312) 372-5200; FAX (312) 372-2778