UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J. KEVIN GARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PIPER RUDNICK LLP LONG TERM | ) |
| DISABILITY INSURANCE PLAN; | ) |
| STANDARD INSURANCE COMPANY, | )  No. 1:08-cv-01093 |
| a subsidiary of STANCORP FINANCIAL | )  Judge Joan Humphrey Lefkow |
| GROUP, INC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:   Michael J. Smith & Warren von Schleicher
      Smith, von Schleicher & Associates
      39 S. LaSalle St., Suite 1005
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on the 2nd day of September, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Humphrey Lefkow, or whomever may be sitting in her stead, in Room 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **PLAINTIFF'S MOTION FOR A STATUS HEARING** at which time and place you may appear if you see fit.

                                      Respectfully submitted,

                                      By: s/ David A. Bryant
                                      Attorney for Plaintiff

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200

## CERTIFICATE OF SERVICE

TO: Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603

and

Katherine S. Somervell
Bullivant, Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089

I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the above listed attorneys.

s/ David A. Bryant
David A. Bryant

Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200
(312) 372-2778 Fax