# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

J. Kevin Garvey

                              Plaintiff,

v.                                                    Case No.: 1:08−cv−01093

                                                                Honorable Joan H. Lefkow

Piper Rudnick LLP Long Term Disability Insurance Plan, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion for a status hearing [43] is granted. Status hearing is set for scheduling conference on 9/18/2008 at 10:00 AM. Plaintiff is requested to deliver a paper courtesy copy of the amended complaint and any other relevant filings to judge's chambers within one week.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.